A&L Cesspool Service Corp.
d/b/a A&L Recycling
38-40 Review Avenue
Long Island City, NY 11101


ACC NY Inc.
242 Nevins Street
Brooklyn, NY 11217


AH Harris & Sons Inc.
367 Alumni Road
Newington, CT 06111


Allied Barton Security Service
P.O. Box 828854
Philadelphia, PA 19182-8854


Amerada Hess Corporation
P.O. Box 905243
Charlotte, NC 28290-5243


Aquarius Hardware
601 Amsterdam Avenue
New York, New York 10024


Baisiles Interiors
7-16 College Pt. Blvd.
College Pt. NY 11356


Bauman Katz & Grill LLP
28 West 44th St., Ste, #900
New York, NY 10036


Belkin Burden Wenig & Goldman, LLP
270 Nadison Avenue
New York, NY 10016

Blake Electric Contracting Co.
311 East 150th Street
Bronx, NY 10451


Borah Goldstein, Altschuler,
Schwartz
377 Broadway
New York, NY 10013


Brite Ideas Distributing & Sales
496 Arlington Road
Cedarhurst, NY 11516


Bruce Supply Corp.
8805 18th Ave.
Brooklyn, NY 11214


Building Service 32BJ Benefits Fund
PO Box 11477
New York, New York 10286-1477


Cascade Water
113 Bloomingdale Road
Hicksville, NY 11801


City Store Gates Mfg, Corp.
15-20 129th Street
College Point, NY 11356


Corbett Exterminating, Inc,.
70 Jackson Drive Suite J-2
Cranford, New Jersey 07016


Corporation Service Company
2711 Centerville Road
Wilmington, DE 19808

Cutler Minikes & Adelman
708 Third Avenue, 17th Floor
New York, NY 10017


Dagher Engineering PLLC
29 Broadway
New York, New York 10029


Deer Park
Processing Center
P.O. Box 856192
Louisville, KY 40285-6192


DeLage Landen Financial Services
P.O. Box 41601
Philadelphia, PA 19101-1601


Delaware Secretary of State
Delaware Division of Corporations
P.O. Box 74072
Baltimore, MD 21274-4072


Demar Plumbing Corp.
147 Attorney Street
New York, New York 10002


Desimone Consulting126H
18 West 18th Street
10th Floor
New York, New York 10011


Direct Flooring
121 US Highway 202
Ringoes, New Jersey 08551


DKNY Custom Painting
59 S. Merrick Road
Massapequa, NY 11758

Domani Consulting Inc.
226 East Merrick Road
Valley Stream, NY 11580


Eastern Waterproofing & Restoration
350 Communipaw Avenue
Jersey City, NJ 07304


Ebro Construction Corp.
38-56 11th Street
Long Island City, NY 11101


Finance Administrator City of New Y
Environmental Control Board
Box 2307
Peck Slip Station, NY 10038


Four Daughters LLC
1 Korn Street
Kingston, PA 18704


Fujitec New York
215 Entin Road
Clifton, NJ 07014


Garrison Residential Funding
1350 Avenue of the Americas
New York, New York 10019


Gessin Electrical Contractors
791 East 139th Street
Bronx, New York 10022


Harp Appliance Service
70 Dale Street
West Babylon, NY 11704

Henry Quentzel
Throop Avenue
Brooklyn, NY 11221


Homeyer Consulting Services, Inc.
36 Hillman Street, Suite #8
Tewksbury, MA 01876


IAD NY LLC
40 West 29th Street
#404
New York, NY 10001


Ice Air LLC
80 Hartford Avenue
Mount Vernon, NY 10553


IRS
Attn:  Insolvency
290 Broadway
5th Floor
New York, New York 10007


Ivan Brice Architecture
511 Canal St. #302
New York, NY 10013


Jolt Electrical Contractors
7812 New Utrecht Avenue
Brooklyn, NY 11214


Local 32BJ SEIU
P.O. Box 48237
Neeewark, NJ 07101


Lund Fire Products Company, Inc.
P.O. Box 610522
Bayside, New York 11361

M&D Fire Door
63 Flushing Ave. #139
Brooklyn, NY 11205


Marjam Supply
885 Conklin Street
Farmingdale, NY 11735


Meltzer Mandl Architects PC
215 Park Ave. South
New York, NY 10003-1603


Miron Building Supply
268 Johnson Avenue
Brooklyn, New York 11206


More Air Mechanical Service
95-13 Astoria Blvd.
East Elmhurst, NY 11369


MRC II Contracting Inc.
242 Nevins Street
Brooklyn, NY 11217


New Age Ironworks Inc.
183 Van Siclen Avenue
Brooklyn, NY 11207


New York Automatic Sprinkler Serv.
P.O. Box 288
Rockville Center, NY 11571-0288


Northeast Service Interiors
56-01 Nurge Avenue
Maspeth, NY 11378
Franco E. Caliendro

NYS Department of Law
The Capitol
Albany, NY 12224-0341


Old Castle Precast Inc.
100 CR 101 P.O. Box 155
So. Bethlehem, NY 12161


Poggenphol US Inc.
350 Passaic Avenue
Fairfield, New Jersey 07004


Pollack & Sharan, LLP
15 Maiden Lane, Suite #1400
New York, New York 10038


Proactive Technology Group
460 Grand Blvd.
Westbury, NY 11590


Pumping Solutions Inc.
P.O. Box 913
Paterson, NJ 07544


Real Page
P.O. Box 671339
Dallas, TX 75267-1339


Rent Stabilization Assoc. of NYC
123 William Street
New York, NY 10038-3804


Rockledge Scaffold Corp.
808 Nepperhan Ave.
Yonkers, NY 10703

SEC
Attn:  John Murray
233 Broadway
New York, New York 10279


Solco Plumbing Supply
412 Liberty Avenue
Brooklyn, New York 11207


Sweeping Clean Services,Inc.
56-10 Nurge Avenue
Maspeth, NY 11378


TGI Office Automation
120 3rd Street
Brooklyn, NY 11231


Toby Construction Products
16 Sutton Place
New York, New York 10022


Total Boiler Care, Inc.
2377 Washington Avenue
Bronx, NY 10458


TriState Supply
P.O. Box 3380
Mt. Vernon, NY 10553


Tuchman, Korngold, Weiss, Lippman
6 East 45th Street
New York, NY 10017


Tyco
District #119
35 Arkay Drive
Hauppauge, NY 11788-1000

Unitec Elevator
13-02 44th Avenue
Long Island City, NY 11101


Unitec Elevator Company
13-02 44th Avenue
Long Island City, NY 11101


Vanwell Electronics Inc.
P.O. Box 4286
Clifton, NJ 07012


Watermark Designs LLC
350 Dewitt Avenue
Brooklyn, NY 11207


Weiser LLP
135 West 50th Street
New York, New York 10023


Weiser, LLP
135 West 50th Street
New York, NY 10020-1299


World Class Business Products, Inc.
48-49 35th Street
Long Island City, NY 11101-2511

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:  **YL West 87th Street, LLC**

_____
Debtor

Case No. _____

Chapter  **11** _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **9** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:  **11/13/2009** _____

Signed:  **s/ Yair Levy** _____
**Yair Levy**

Signed:  **/sGary M. Kushner** _____
**Gary M. Kushner**
Attorney for Debtor(s)
Bar no.:     **9441**
**Forchelli, Curto, Deegan, Schwartz,**
**The Omni**
**333 Earle Ovington Boulevard**
**Suite 1010**
**Uniondale, NY 11553**
Telephone No.:     **(516) 248-1700**
Fax No.:              **(516-248-1729**
E-mail address:     **Gkushner@Forchelli Law.com**

Belkin Burden Wenig & Goldman, LLP
270 Nadison Avenue
New York, NY 10016


Auditwork
Weiser, LLP
135 West 50th Street
New York, New York 10020-1299


Allied Barton Security Service
P.O. Box 828854
Philadelphia, PA 19182-8854


Amerada Hess Corporation
P.O. Box 905243
Charlotte, NC 28290-5243


Borah Goldstein, Altschuler,
Schwartz
377 Broadway
New York, NY 10013


Weiser LLP
135 West 50th Street
New York, New York 10023


Fujitec New York
215 Entin Road
Clifton, NJ 07014


A&L Cesspool Service Corp.
d/b/a A&L Recycling
38-40 Review Avenue
Long Island City, NY 11101


Building Service 32BJ Benefits Fund
PO Box 11477
New York, New York 10286-1477

Corporation Service Company
2711 Centerville Road
Wilmington, DE 19808


Blake Electric Contracting Co.
311 East 150th Street
Bronx, NY 10451


Pollack & Sharan, LLP
15 Maiden Lane, Suite #1400
New York, New York 10038


World Class Business Products, Inc.
48-49 35th Street
Long Island City, NY 11101-2511


Homeyer Consulting Services, Inc.
36 Hillman Street, Suite #8
Tewksbury, MA 01876


Real Page
P.O. Box 671339
Dallas, TX 75267-1339


Deer Park
Processing Center
P.O. Box 856192
Louisville, KY 40285-6192


Rent Stabilization Assoc. of NYC
123 William Street
New York, NY 10038-3804


Tyco
District #119
35 Arkay Drive
Hauppauge, NY 11788-1000

Pumping Solutions Inc.
P.O. Box 913
Paterson, NJ 07544


Unitec Elevator
13-02 44th Avenue
Long Island City, NY 11101

B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**YL West 87th Street, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **20-3196035** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |

| Street Address of Debtor (No. & Street, City, and State):<br>**101 West 87th Street, Fifth Floor**<br>**New York, New York**     ZIP CODE **10024** | Street Address of Joint Debtor (No. & Street, City, and State):     ZIP CODE |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):     ZIP CODE | Mailing Address of Joint Debtor (if different from street address):     ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**101-111 West 87th Street**
**New York, New York**     ZIP CODE **10024**

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>————————— | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13          ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."     ☑ Debts are primarily business debts. |

| Filing Fee (Check one box)<br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**YL West 87th Street, LLC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location<br>Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X  **Not Applicable** _____<br>Signature of Attorney for Debtor(s)        Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**YL West 87th Street, LLC** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
_____
Signature of Debtor

X **Not Applicable**
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

**Signature of Attorney**

X **/s/Gary M. Kushner**
_____
Signature of Attorney for Debtor(s)

**Gary M. Kushner  Bar No.  9441**
_____
Printed Name of Attorney for Debtor(s) / Bar No.

**Forchelli, Curto, Deegan, Schwartz,**
_____
Firm Name

**The Omni 333 Earle Ovington Boulevard**
_____
Address

**Suite 1010  Uniondale, NY 11553**
_____

**(516) 248-1700**                    **(516-248-1729**
_____
Telephone Number

**11/13/2009**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X **Not Applicable**
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ Yair Levy**
_____
Signature of Authorized Individual

**Yair Levy**
_____
Printed Name of Authorized Individual

**Director**
_____
Title of Authorized Individual

**11/13/2009**
_____
Date

In re: **YL West 87th Street, LLC** _____ .

**Debtor**

Case No.

Chapter **11**

# Exhibit "A" to Voluntary Petition

1.     If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is .

2.     The following financial data is the latest available information and refers to debtor's condition on .

a.     Total assets                                                           $ _____ **74,000,000.00**

b.     Total debts (including debts listed in 2.c., below)    $ _____ **50,444,294.20**

Approximate
number of
holders

c.     Debt securities held by more than 500 holders.

secured          unsecured          subordinated     _____          _____

d.     Number of shares of preferred stock                    _____          _____

e.     Number of shares of common stock                      _____          _____

Comments, if any:

3.     Brief description of debtor's business:

4.     List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

# United States Bankruptcy Court
## Southern District of New York

In re:                                                    Case No._____
                                                          Chapter    11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Yair Levy**, declare under penalty of perjury that I am the Director of YL West 87th Street, LLC, a Delaware Limited Liability Company and that on 11/10/2009 the following resolution was duly adopted by the Board of Directors of this Limited Liability Company:

"Whereas, it is in the best interest of this Limited Liability Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Yair Levy, Director of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that Yair Levy, Director of this Limited Liability Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company in connection with such bankruptcy case; and

Be it Further Resolved, that Yair Levy, Director of this Limited Liability Company, is authorized and directed to employ Gary M. Kushner, Esq, attorney and the law firm of Forchelli, Curto, Deegan, Schwartz, Mineo, Cohn & Terrana, LLP, to represent the Corporation in such bankruptcy case."


Executed on November 12, 2009                    Signed: /s/ Yair Levy
                                                          Yair Levy

**United States Bankruptcy Court**

**Southern District of New York**

In re <u>YL West 87th Street, LLC</u>                                    ,     Case No. _____

Debtor                                Chapter   <u>11</u> _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| **Building Service 32BJ Benefits Funds**<br>**PO Box 11477**<br>**New York, New York 10286-1477** | | | | **$36,117.12** |
| **Weiser, LLP**<br>**135 West 50th Street**<br>**New York, NY 10020-1299** | | | | **$30,500.13** |
| **Allied Barton Security Service**<br>**P.O. Box 828854**<br>**Philadelphia, PA 19182-8854** | | | | **$26,481.81** |
| **Amerada Hess Corporation**<br>**P.O. Box 905243**<br>**Charlotte, NC 28290-5243** | | | | **$23,819.83** |
| **Borah Goldstein, Altschuler, Schwartz**<br>**377 Broadway**<br>**New York, NY 10013** | | | | **$21,487.43** |
| **Weiser LLP**<br>**135 West 50th Street**<br>**New York, New York 10023** | | | | **$15,600.00** |

In re  **YL West 87th Street, LLC** _____ ,  Case No. _____

_____ Debtor _____   Chapter  **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Fujitec New York**<br>**215 Entin Road**<br>**Clifton, NJ 07014** | | | | **$3,509.62** |
| **A&L Cesspool Service Corp.**<br>**d/b/a A&L Recycling**<br>**38-40 Review Avenue**<br>**Long Island City, NY 11101** | | | | **$2.709.38** |
| **Unitec Elevator**<br>**13-02 44th Avenue**<br>**Long Island City, NY 11101** | | | | **$2,613.00** |
| **Corporation Service Company**<br>**2711 Centerville Road**<br>**Wilmington, DE 19808** | | | | **$2,600.00** |
| **Belkin Burden Wenig & Goldman, LLP**<br>**270 Nadison Avenue**<br>**New York, NY 10016** | | | | **$1,366.00** |
| **Pollack & Sharan, LLP**<br>**15 Maiden Lane, Suite #1400**<br>**New York, New York 10038** | | | | **$1,286.00** |

In re __YL West 87th Street, LLC_____,    Case No. _____

                                    Debtor                          Chapter    11    _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| **World Class Business Products, Inc.**<br>**48-49 35th Street**<br>**Long Island City, NY 11101-2511** | | | | $1,054.08 |
| **Homeyer Consulting Services, Inc.**<br>**36 Hillman Street, Suite #8**<br>**Tewksbury, MA 01876** | | | | $1,050.00 |
| **Real Page**<br>**P.O. Box 671339**<br>**Dallas, TX 75267-1339** | | | | $959.12 |
| **Deer Park**<br>**Processing Center**<br>**P.O. Box 856192**<br>**Louisville, KY 40285-6192** | | | | $874.32 |
| **Rent Stabilization Assoc. of NYC**<br>**123 William Street**<br>**New York, NY 10038-3804** | | | | $635.00 |
| **Tyco**<br>**District #119**<br>**35 Arkay Drive**<br>**Hauppauge, NY 11788-1000** | | | | $611.24 |

In re YL West 87th Street, LLC , Case No. _____

Debtor Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Pumping Solutions Inc.<br>P.O. Box 913<br>Paterson, NJ 07544 | | | | $610.37 |
| Blake Electric Contracting Co.<br>311 East 150th Street<br>Bronx, NY 10451 | | | | $609.61 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Yair Levy, Director of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 11/13/2009 Signature: s/ Yair Levy _____

Yair Levy ,Director
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

In re:    **YL West 87th Street, LLC**                                        Case No. _____

                                    **Debtor**                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **101 West 87th Street New York, New York 10024** | **Fee Owner** | | **$74,000,000.00** | **$50,263,166.11** |
| | **Total** ➢ | | **$74,000,000.00** | |

                                                            (Report also on Summary of Schedules.)

In re  YL West 87th Street, LLC                                    .        Case No. _____
                                    **Debtor**                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ACC NY Inc.<br>242 Nevins Street<br>Brooklyn, NY 11217 | | | 01/13/2009<br>Mechanics Lien<br><br>VALUE $0.00 | | | X | 105,674.58 | 0.00 |
| ACCOUNT NO.<br>AH Harris & Sons Inc.<br>367 Alumni Road<br>Newington, CT 06111 | | | 03/16/2009<br>Mechanics Lien<br><br>VALUE $0.00 | | | X | 23,449.89 | 0.00 |
| ACCOUNT NO.<br>Baisiles Interiors<br>7-16 College Pt. Blvd.<br>College Pt. NY 11356 | | | 02/05/2009<br>Mechanics Lien<br><br>VALUE $0.00 | | | X | 233,414.09 | 0.00 |
| ACCOUNT NO.<br>Bauman Katz & Grill LLP<br>28 West 44th St., Ste, #900<br>New York, NY 10036 | | | 02/05/2009<br>Mechanics Lien<br><br>VALUE $0.00 | | | X | 8,026.70 | 0.00 |

7   continuation sheets
    attached

Subtotal ➤
(Total of this page)

$   370,565.26 $           0.00

Total ➤
(Use only on last page)

$                    $

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  YL West 87th Street, LLC                                    .                Case No. _____

                                    **Debtor**                                                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bruce Supply Corp.<br>8805 18th Ave.<br>Brooklyn, NY 11214 | | | 06/04/2009<br>Mechanics Lien<br><br>VALUE $0.00 | | | X | 10,467.43 | 0.00 |
| ACCOUNT NO.<br><br>Dagher Engineering PLLC<br>29 Broadway<br>New York, New York 10029 | | | 09/04/2009<br>Mechanics<br><br>VALUE $0.00 | | | | 33,845.17 | 0.00 |
| ACCOUNT NO.<br><br>Demar Plumbing Corp.<br>147 Attorney Street<br>New York, New York 10002 | | | 02/20/2009<br>Mechanics Lien<br><br>VALUE $0.00 | | | X | 713,250.07 | 0.00 |
| ACCOUNT NO.<br><br>Desimone Consulting126H<br>18 West 18th Street<br>10th Floor<br>New York, New York 10011 | | | 04/28/2009<br>Mechanics Lien<br><br>VALUE $0.00 | | | | 36,167.80 | 0.00 |
| ACCOUNT NO.<br><br>Direct Flooring<br>121 US Highway 202<br>Ringoes, New Jersey 08551 | | | 02/03/2009<br>Mechanics Lien<br><br>VALUE $0.00 | | | | 124,350.00 | 0.00 |

Sheet no. _1_ of _7_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal ➤
(Total of this page)

$ 918,080.47 | $ 0.00

Total ➤
(Use only on last page)

$ | $

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re   <u>YL West 87th Street, LLC</u>                    ,       Case No.   <u>              </u>

                       **Debtor**                                                **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF CLAIM, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DKNY Custom Painting<br>59 S. Merrick Road<br>Massapequa, NY 11758 | | | 03/23/2009<br>Mechanics Lien<br><br>VALUE $0.00 | | | X | 6,000.23 | 0.00 |
| ACCOUNT NO.<br><br>Domani Consulting Inc.<br>226 East Merrick Road<br>Valley Stream, NY 11580 | | | 05/07/2009<br>Mechanics Lien<br><br>VALUE $0.00 | | | X | 10,865.00 | 0.00 |
| ACCOUNT NO.<br><br>Eastern Waterproofing & Restoration<br>350 Communipaw Avenue<br>Jersey City, NJ 07304 | | | 01/28/2009<br>Mechanics Lien<br><br>VALUE $0.00 | | | | 47,580.00 | 0.00 |
| ACCOUNT NO.<br><br>Ebro Construction Corp.<br>38-56 11th Street<br>Long Island City, NY 11101 | | | 01/16/2009<br>Mechanics Lien<br><br>VALUE $0.00 | | | | 14,250.00 | 0.00 |
| ACCOUNT NO.<br><br>Four Daughters LLC<br>1 Korn Street<br>Kingston, PA 18704 | | | 01/27/2009<br>Mechanics Lien<br><br>VALUE $0.00 | | | X | 114,300.00 | 0.00 |

Sheet no. <u>2</u> of <u>7</u> continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

| $ | 192,995.23 | $ | 0.00 |
|---|---|---|---|

Total ➤
(Use only on last page)

| $ | | $ | |
|---|---|---|---|

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  YL West 87th Street, LLC                                    ,          Case No.  _____

                                    Debtor                                                        (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Garrison Residential Funding<br>1350 Avenue of the Americas<br>New York, New York 10019 | | | Security Agreement<br><br>VALUE $0.00 | | | X | 46,500,000.00 | 0.00 |
| ACCOUNT NO.<br><br>Gessin Electrical Contractors<br>791 East 139th Street<br>Bronx, New York 10022 | | | 01/29/2009<br>Mechanics Lien<br><br>VALUE $0.00 | | | X | 15,073.00 | 0.00 |
| ACCOUNT NO.<br><br>Henry Quentzel<br>Throop Avenue<br>Brooklyn, NY 11221 | | | 04/06/2009<br>Mechanics Lien<br><br>VALUE $0.00 | | | X | 21,645.31 | 0.00 |
| ACCOUNT NO.<br><br>IAD NY LLC<br>40 West 29th Street<br>#404<br>New York, NY 10001 | | | 03/25/2009<br>Mechanics Lien<br><br>VALUE $0.00 | | | X | 18,767.82 | 0.00 |
| ACCOUNT NO.<br><br>Ice Air LLC<br>80 Hartford Avenue<br>Mount Vernon, NY 10553 | | | 04/23/2009<br>Mechanics Lien<br><br>VALUE $0.00 | | | | 1,761.10 | 0.00 |

Sheet no. 3 of 7 continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| $ 46,557,247.23 | $            0.00 |
|---|---|
| $ | $ |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  <u>YL West 87th Street, LLC</u> .                  Case No. _____

Debtor                                                          (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF CLAIM, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Ivan Brice Architecture**<br>**511 Canal St. #302**<br>**New York, NY 10013** | | | **12/24/2009**<br>**Mechanics Lien**<br><br>**VALUE $0.00** | | | | **16,574.00** | **0.00** |
| ACCOUNT NO.<br><br>**Jolt Electrical Contractors**<br>**7812 New Utrecht Avenue**<br>**Brooklyn, NY 11214** | | | **02/06/2009**<br>**Mechanics Lien**<br><br>**VALUE $0.00** | | | | **290,015.85** | **0.00** |
| ACCOUNT NO.<br><br>**M&D Fire Door**<br>**63 Flushing Ave. #139**<br>**Brooklyn, NY 11205** | | | **02/23/2009**<br>**Mechanics Lien**<br><br>**VALUE $0.00** | | | X | **219,611.94** | **0.00** |
| ACCOUNT NO.<br><br>**Marjam Supply**<br>**885 Conklin Street**<br>**Farmingdale, NY 11735** | | | **03/25/2009**<br>**Mechanics Lien**<br><br>**VALUE $0.00** | | | X | **7,577.28** | **0.00** |
| ACCOUNT NO.<br><br>**Meltzer Mandl Architects PC**<br>**215 Park Ave. South**<br>**New York, NY 10003-1603** | | | **12/17/2008**<br>**Mechanics Lien**<br><br>**VALUE $0.00** | | | X | **122,695.23** | **0.00** |

Sheet no. <u>4</u> of <u>7</u> continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| | | |
|---|---|---|
| $ 656,474.30 | $ | 0.00 |
| $ | | $ |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re __YL West 87th Street, LLC_____.          Case No. _____

                                      __Debtor__                                           __(If known)__

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF CLAIM, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Miron Building Supply**<br>**268 Johnson Avenue**<br>**Brooklyn, New York 11206** | | | 03/23/2009<br>**Mechanics Lien**<br><br>**VALUE $0.00** | | | X | 19,468.45 | 0.00 |
| ACCOUNT NO.<br><br>**More Air Mechanical Service**<br>**95-13 Astoria Blvd.**<br>**East Elmhurst, NY 11369** | | | 12/23/2008<br>**Mechanics Lien**<br><br>**VALUE $0.00** | | | X | 176,077.00 | 0.00 |
| ACCOUNT NO.<br><br>**MRC II Contracting Inc.**<br>**242 Nevins Street**<br>**Brooklyn, NY 11217** | | | 02/17/2009<br>**Mechanics Lien**<br><br>**VALUE $0.00** | | | X | 106,715.03 | 0.00 |
| ACCOUNT NO.<br><br>**New Age Ironworks Inc.**<br>**183 Van Siclen Avenue**<br>**Brooklyn, NY 11207** | | | 12/30/2008<br>**Mechanics Lien**<br><br>**VALUE $0.00** | | | X | 114,028.38 | 0.00 |
| ACCOUNT NO.<br><br>**Northeast Service Interiors**<br>**56-01 Nurge Avenue**<br>**Maspeth, NY 11378**<br>**Franco E. Caliendro** | | | 01/05/2009<br>**Mechanics Lien**<br><br>**VALUE $0.00** | | | X | 233,585.09 | 0.00 |

Sheet no. _5_ of _7_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➤
(Total of this page)

| | $ 649,873.95 | $ 0.00 |
|---|---|---|

Total  ➤
(Use only on last page)

| | $ | $ |
|---|---|---|

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re <u>YL West 87th Street, LLC</u>                                    Case No. _____
                                                                                  **(If known)**
                    **Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Old Castle Precast Inc.**<br>**100 CR 101 P.O. Box 155**<br>**So. Bethlehem, NY 12161** | | | 06/09/2009<br>**Mechanics Lien**<br><br>**VALUE $0.00** | | | X | 18,321.01 | 0.00 |
| ACCOUNT NO.<br><br>**Poggenphol US Inc.**<br>**350 Passaic Avenue**<br>**Fairfield, New Jersey 07004** | | | 01/27/2009<br>**Mechanics Lien**<br><br>**VALUE $0.00** | | | | 261,483.00 | 0.00 |
| ACCOUNT NO.<br><br>**Rockledge Scaffold Corp.**<br>**808 Nepperhan Ave.**<br>**Yonkers, NY 10703** | | | 12/16/2008<br>**Mechanics Lien**<br><br>**VALUE $0.00** | | | X | 304,272.00 | 0.00 |
| ACCOUNT NO.<br><br>**Solco Plumbing Supply**<br>**412 Liberty Avenue**<br>**Brooklyn, New York 11207** | | | 04/24/2009<br>**Mechanics Lien**<br><br>**VALUE $0.00** | | | X | 2,594.03 | 0.00 |
| ACCOUNT NO.<br><br>**Sweeping Clean Services,Inc.**<br>**56-10 Nurge Avenue**<br>**Maspeth, NY 11378** | | | 12/24/2008<br>**Mechanics Lien**<br><br>**VALUE $0.00** | | | X | 28,117.50 | 0.00 |

Sheet no. <u>6</u> of <u>7</u> continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $ 614,787.54 | $ 0.00 |
| $ | $ |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re   <u>YL West 87th Street, LLC</u>                              .          Case No.   _____

                          **Debtor**                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Toby Construction Products**<br>**16 Sutton Place**<br>**New York, New York 10022** | | | 01/30/2009<br>**Mechanics Lien**<br><br>**VALUE $0.00** | | | X | 206,250.00 | 0.00 |
| ACCOUNT NO.<br><br>**Unitec Elevator Company**<br>**13-02 44th Avenue**<br>**Long Island City, NY 11101** | | | 06/12/2009<br>**Mechanics Lien**<br><br>**VALUE $0.00** | | | X | 67,500.00 | 0.00 |
| ACCOUNT NO.<br><br>**Watermark Designs LLC**<br>**350 Dewitt Avenue**<br>**Brooklyn, NY 11207** | | | 02/10/2009<br>**Mechanics Lien**<br><br>**VALUE $0.00** | | | | 29,392.13 | 0.00 |

Sheet no. <u>7</u> of <u>7</u> continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➢
(Total of this page)

| $ 303,142.13 | $ | 0.00 |
|---|---|---|

Total  ➢
(Use only on last page)

| $ 50,263,166.11 | $ | 0.00 |
|---|---|---|

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**In re**    **YL West 87th Street, LLC** _____      **Case No.** _____

                       Debtor                                                                               (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

     Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

     * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

In re   **YL West 87th Street, LLC**                                          Case No. _____
                                                                                              (If known)
       _____
                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **IRS** <br> **Attn:  Insolvency** <br> **290 Broadway** <br> **5th Floor** <br> **New York, New York 10007** | | | **For Noticing Purposes Only** | | | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO. <br><br> **SEC** <br> **Attn:  John Murray** <br> **233 Broadway** <br> **New York, New York 10279** | | | **For Noticing Purposes Only** | | | | 0.00 | 0.00 | $0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals▷ <br> (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
| Total ▷ <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 0.00 | | |
| Total ▷ <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ 0.00 | $ 0.00 |

In re  **YL West 87th Street, LLC** _____ .          Case No. _____

                                    Debtor                                               (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐        Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 2,709.38 |
| **A&L Cesspool Service Corp. d/b/a A&L Recycling 38-40 Review Avenue Long Island City, NY 11101** | | | | | | | |
| ACCOUNT NO. | | | | | | | 26,481.81 |
| **Allied Barton Security Service P.O. Box 828854 Philadelphia, PA 19182-8854** | | | | | | | |
| ACCOUNT NO. | | | | | | | 23,819.83 |
| **Amerada Hess Corporation P.O. Box 905243 Charlotte, NC 28290-5243** | | | | | | | |
| ACCOUNT NO. | | | | | | | 65.01 |
| **Aquarius Hardware 601 Amsterdam Avenue New York, New York 10024** | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,366.00 |
| **Belkin Burden Wenig & Goldman, LLP 270 Nadison Avenue New York, NY 10016** | | | | | | | |

_7_   Continuation sheets attached

                                                            Subtotal  ➢  $         54,442.03

                                                            Total  ➢  $

                                              (Use only on last page of the completed Schedule F.)
                          (Report also on Summary of Schedules and, if applicable on the Statistical
                                    Summary of Certain Liabilities and Related Data.)

In re <u>YL West 87th Street, LLC</u>                    Case No. _____
                    Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Blake Electric Contracting Co.** <br> **311 East 150th Street** <br> **Bronx, NY 10451** | | | | | | | **609.61** |
| ACCOUNT NO. <br><br> **Borah Goldstein, Altschuler, Schwartz** <br> **377 Broadway** <br> **New York, NY 10013** | | | | | | | **21,487.43** |
| ACCOUNT NO. <br><br> **Brite Ideas Distributing & Sales** <br> **496 Arlington Road** <br> **Cedarhurst, NY 11516** | | | | | | | **530.78** |
| ACCOUNT NO. <br><br> **Building Service 32BJ Benefits Funds** <br> **PO Box 11477** <br> **New York, New York 10286-1477** | | | | | | | **36,117.12** |
| ACCOUNT NO. <br><br> **Cascade Water** <br> **113 Bloomingdale Road** <br> **Hicksville, NY 11801** | | | | | | | **451.56** |

Sheet no. <u>1</u> of <u>7</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤   $      **59,196.50**

Total  ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   <u>YL West 87th Street, LLC</u>                     Case No. <u>                         </u>

                                  Debtor                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**City Store Gates Mfg, Corp.**<br>**15-20 129th Street**<br>**College Point, NY 11356** | | | | | | | 81.25 |
| ACCOUNT NO.<br><br>**Corbett Exterminating, Inc,.**<br>**70 Jackson Drive Suite J-2**<br>**Cranford, New Jersey 07016** | | | | | | | 421.32 |
| ACCOUNT NO.<br><br>**Corporation Service Company**<br>**2711 Centerville Road**<br>**Wilmington, DE 19808** | | | | | | | 2,600.00 |
| ACCOUNT NO.<br><br>**Cutler Minikes & Adelman**<br>**708 Third Avenue, 17th Floor**<br>**New York, NY 10017** | | | | | | | 545.00 |
| ACCOUNT NO.<br><br>**Deer Park**<br>**Processing Center**<br>**P.O. Box 856192**<br>**Louisville, KY 40285-6192** | | | | | | | 874.32 |

Sheet no. <u>2</u> of <u>7</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        **4,521.89**

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   <u>YL West 87th Street, LLC</u>             Case No. <u>               </u>

Debtor                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**DeLage Landen Financial Services**<br>**P.O. Box 41601**<br>**Philadelphia, PA 19101-1601** | | | | | | | **534.80** |
| ACCOUNT NO.<br><br>**Delaware Secretary of State**<br>**Delaware Division of Corporations**<br>**P.O. Box 74072**<br>**Baltimore, MD 21274-4072** | | | | | | | **500.00** |
| ACCOUNT NO.<br><br>**Finance Administrator City of New Y**<br>**Environmental Control Board**<br>**Box 2307**<br>**Peck Slip Station, NY 10038** | | | | | | | **200.00** |
| ACCOUNT NO.<br><br>**Fujitec New York**<br>**215 Entin Road**<br>**Clifton, NJ 07014** | | | | | | | **3,509.62** |
| ACCOUNT NO.<br><br>**Harp Appliance Service**<br>**70 Dale Street**<br>**West Babylon, NY 11704** | | | | | | | **119.34** |

Sheet no. <u>3</u> of <u>7</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $        <b>4,863.76</b>

Total  ➤  $

(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable on the Statistical<br>Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **YL West 87th Street, LLC**                     Case No. _____
                    Debtor                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Homeyer Consulting Services, Inc.**<br>**36 Hillman Street, Suite #8**<br>**Tewksbury, MA 01876** | | | | | | | 1,050.00 |
| ACCOUNT NO.<br>**Local 32BJ SEIU**<br>**P.O. Box 48237**<br>**Neeewark, NJ 07101** | | | | | | | 185.00 |
| ACCOUNT NO.<br>**Lund Fire Products Company, Inc.**<br>**P.O. Box 610522**<br>**Bayside, New York 11361** | | | | | | | 80.20 |
| ACCOUNT NO.<br>**New York Automatic Sprinkler Serv.**<br>**P.O. Box 288**<br>**Rockville Center, NY 11571-0288** | | | | | | | 407.49 |
| ACCOUNT NO.<br>**NYS Department of Law**<br>**The Capitol**<br>**Albany, NY 12224-0341** | | | | | | | 225.00 |

Sheet no. _4_ of _7_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 1,947.69

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re   <u>YL West 87th Street, LLC</u>                       Case No. _____

                                   Debtor                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Pollack & Sharan, LLP**<br>**15 Maiden Lane, Suite #1400**<br>**New York, New York 10038** | | | | | | | **1,286.00** |
| ACCOUNT NO. <br><br>**Proactive Technology Group**<br>**460 Grand Blvd.**<br>**Westbury, NY 11590** | | | | | | | **536.46** |
| ACCOUNT NO. <br><br>**Pumping Solutions Inc.**<br>**P.O. Box 913**<br>**Paterson, NJ 07544** | | | | | | | **610.37** |
| ACCOUNT NO. <br><br>**Real Page**<br>**P.O. Box 671339**<br>**Dallas, TX 75267-1339** | | | | | | | **959.12** |
| ACCOUNT NO. <br><br>**Rent Stabilization Assoc. of NYC**<br>**123 William Street**<br>**New York, NY 10038-3804** | | | | | | | **635.00** |

Sheet no. <u>5</u> of <u>7</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                              Subtotal ➢ $        **4,026.95**

                                 Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re __YL West 87th Street, LLC_____     Case No. _____
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**TGI Office Automation**<br>**120 3rd Street**<br>**Brooklyn, NY 11231** | | | | | | | **259.63** |
| ACCOUNT NO.<br><br>**Total Boiler Care, Inc.**<br>**2377 Washington Avenue**<br>**Bronx, NY 10458** | | | | | | | **585.22** |
| ACCOUNT NO.<br><br>**TriState Supply**<br>**P.O. Box 3380**<br>**Mt. Vernon, NY 10553** | | | | | | | **67.84** |
| ACCOUNT NO.<br><br>**Tuchman, Korngold, Weiss, Lippman**<br>**6 East 45th Street**<br>**New York, NY 10017** | | | | | | | **500.00** |
| ACCOUNT NO.<br><br>**Tyco**<br>**District #119**<br>**35 Arkay Drive**<br>**Hauppauge, NY 11788-1000** | | | | | | | **611.24** |

Sheet no. _6_ of _7_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                **2,023.93**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>YL West 87th Street, LLC</u>                                    Case No. _____
                              Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Unitec Elevator**<br>**13-02 44th Avenue**<br>**Long Island City, NY 11101** | | | | | | | **2,613.00** |
| ACCOUNT NO.<br><br>**Vanwell Electronics Inc.**<br>**P.O. Box 4286**<br>**Clifton, NJ 07012** | | | | | | | **338.13** |
| ACCOUNT NO.<br><br>**Weiser LLP**<br>**135 West 50th Street**<br>**New York, New York 10023** | | | | | | | **15,600.00** |
| ACCOUNT NO.<br><br>**Weiser, LLP**<br>**135 West 50th Street**<br>**New York, NY 10020-1299** | | | | | | | **30,500.13** |
| ACCOUNT NO.<br><br>**World Class Business Products, Inc.**<br>**48-49 35th Street**<br>**Long Island City, NY 11101-2511** | | | | | | | **1,054.08** |

Sheet no. <u>7</u> of <u>7</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                                    Subtotal  ➢ $        **50,105.34**

                                                                    Total  ➢ $        **181,128.09**
                                                    (Use only on last page of the completed Schedule F.)
                                    (Report also on Summary of Schedules and, if applicable on the Statistical
                                            Summary of Certain Liabilities and Related Data.)

## United States Bankruptcy Court

## Southern District of New York

In re **YL West 87th Street, LLC**_____,    Case No. _____

                                    Debtor    Chapter  __11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | NO | 1 | $    74.000.000.00 | | |
| B - Personal Property | NO | 0 | $          0.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 8 | | $    50.263.166.11 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | NO | 2 | | $          0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | NO | 8 | | $      181.128.09 | |
| G - Executory Contracts and Unexpired Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 19 | $    74,000,000.00 | $    50,444,294.20 | |

In re  <u>YL West 87th Street, LLC</u>                                              Case No. _____

                                    **Debtor**                                                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT  APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Yair Levy**, the <u>**Director**</u> of the <u>**Corporation**</u> named as debtor in this case, declare under penalty of
perjury that I have read the foregoing summary and schedules, consisting of    <u>20</u>                    sheets *(Total shown on summary page plus 1)*,
and that they are true and correct to the best of my knowledge, information, and belief.

Date    <u>11/13/2009</u>                          Signature:   <u>**s/ Yair Levy**</u>

                                                              <u>**Yair Levy Director**</u>
                                                              [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*