| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>---------------------------------------------------------x<br>In re:<br><br>**YL WEST 87th STREET, LLC,**<br><br><br>                      Debtor.<br>---------------------------------------------------------x | Return Date:   April 6, 2010<br>                     @ 9:30 a.m.<br><br>Objection Date: April 5, 2010<br>                     @ 5:00 p.m.<br><br>Chapter 11<br>Case No. 09-16786 (AJG) |

### NOTICE OF MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION OF MARILYN SIMON & ASSOCIATES AS BANKRUPTCY COUNSEL TO THE DEBTOR

**PLEASE TAKE NOTICE**, that YL West 87th Street, LLC, debtor and debtor in possession (the "Debtor") will move (the "Motion") before the Honorable Arthur J. Gonzalez, United States Bankruptcy Judge in the United States Bankruptcy Court, One Bowling Green, New York, New York 10004-1408 on April 6, 2010at 9:30 in the forenoon of that day or as soon thereafter as counsel can be heard for entry of an order authorizing the retention of Marilyn Simon & Associates as Bankruptcy Counsel to the Debtor.

**PLEASE TAKE FURTHER NOTICE,** that the relief requested in the Motion may be granted without a hearing if no objection is timely filed and served in accordance with the Case Management Procedures Order.

**PLEASE TAKE FURTHER NOTICE**, that responsive papers, if any, must be made in writing, must conform to the requirements of the Code and the Bankruptcy Rules, must set forth with reasonable specificity the basis thereof, and must be filed no later than 5:00 p.m. on April 5, 2010, or handed up to the Court at the hearing on April 6, 2010, as follows: (a) by registered users of the Court's electronic case filing system, electronically in accordance with General Order M-182 [*n.b.*, General Order M-182 and the User's Manual for the Electronic Case Filing System can be

found at *www.nysb.uscourts.gov*, the official website for the United States Bankruptcy Court for the Southern District of New York]; (b) by all other parties in interest, on a 3.5 inch disk, preferably in portable document format (PDF), Wordperfect or any other Windows-based word processing format, provided to the Clerk, United States Bankruptcy Court, One Bowling Green, New York, NY 10004. A copy of such Objection must be filed in the Chambers of The Honorable Arthur J. Gonzalez, United States Bankruptcy Judge, and served upon and received by the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Serene K. Nakano, Marilyn Simon & Associates, proposed attorneys for the Debtor, 110 East 59th Street, 23rd Floor, New York, NY 10022, Attn: Marilyn Simon, Esq. Any objection must set forth the grounds for and the facts supporting the objection and must: (i) identify the objection by the name of the objecting party, (ii) indicate the hearing date on the upper right hand of the objection, and (iii) bear the caption and case number of this case.

Dated: New York, New York
March 22, 2010

MARILYN SIMON & ASSOCIATES
Proposed Attorneys for
YL WEST 87th STREET, LLC
Debtor and Debtor in Possession

By: /s/Marilyn Simon
Marilyn Simon (MS6537)
110 East 59th Street, 23rd Floor
New York, NY 10022
(212) 759-7909

To: The Debtor's 20 Largest Creditors
Serene K. Nakano, Assistant United States Trustee
All parties filing requests for notice