UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                            Chapter 11

**YLWEST 87th STREET LLC**                       Case no. 09-16786 (AJG

        Debtor.
---------------------------------------------------------X

## ORDER AUTHORIZING RETENTION OF EASTDIL SECURED, L.L.C AS EXCLUSIVE REAL ESTATE BROKER TO THE DEBTOR AND APPROVING THE BROKERAGE AGREEMENT

Upon the application of YL West 87th Street LLC, debtor and debtor in possession (the "Debtor"), for authority pursuant to §327(a) of Title 11 of the United States Code (the Bankruptcy "Code") to retain Eastdil Secured, L.L.C. ("Eastdil") as exclusive real estate broker to the Debtor and approving the Brokerage Agreement (Exhibit "A") thereto, and upon the affidavit of Adam J. Spies, Senior Managing Director of Eastdil, Exhibit "B" thereto, and the Court being satisfied that Eastdil represents no interest adverse to the Debtor or to the estate in the matters upon which Eastdil is to be engaged and that its retention as exclusive real estate broker is necessary and in the best interests of the estate, it is

**ORDERED**, that the Debtor be, and it hereby is, authorized to retain Eastdil as the Debtor's exclusive real estate broker in this chapter 11 case in accordance with the terms of the Brokerage Agreement, the provisions of which are hereby approved, and it is further

**ORDERED**, that Eastdil's commission for services rendered in connection with the sale of the Debtor's Real Property shall be paid to Eastdil five (5) days following notice to the Debtor, the Committee of Unsecured Creditors and the United States Trustee of the filing of the report of the closing of the sale of the Debtor's property, pursuant to an order of this Court approving the sale without further application to this Court, pursuant to the provisions of the Brokerage Agreement approved hereby.

Dated:  New York, New York        **s/Arthur J. Gonzalez**
        June 17, 2010                    CHIEF UNITED STATES BANKRUPTCY JUDGE