UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                              Chapter 11

**YL WEST 87th STREET, LLC,**
                                                    Case No. 09-16786 (AJG)

                            Debtor.
-----------------------------------------------------------X

## MONTHLY OPERATING STATEMENT FOR
## THE PERIOD AUGUST 1, 2010 THROUGH AUGUST 31, 2010

DEBTOR'S ADDRESS:

101 West 87th Street
New York, New York

                            MONTHLY DISBURSEMENTS: $69,750.54

DEBTOR'S ATTORNEY:

Marilyn Simon, Esq.
Marilyn Simon & Associates
110 East 59th Street, 23rd Floor
New York, NY 10022

                            MONTHLY OPERATING PROFIT (LOSS): $(147,914.66)

THIS OPERATING STATEMENT MUST BE SIGNED BY A REPRESENTATIVE OF THE DEBTOR

       The undersigned, having reviewed the attached report and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge.

DATE: _September 21, 2010_             /s/David Moson
                                                           David Moson, a director of
                                                             Garrison Residential Funding II LLC,
                                                              the sole member of the Debtor

                Indicate if this is an amended statement by checking here
                                        AMENDED STATEMENT  ☐

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re **YL WEST 87th STREET, LLC**
Debtor

Case No. **09-16786 (AJG)**
Reporting Period: **08/01/10-08/31/10**

Federal Tax I.D. # **20-3196035**

## CORPORATE MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | XX | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | XX | |
| Copies of bank statements | | XX | |
| Cash disbursements journals | | XX | |
| Statement of Operations | MOR-2 | XX | |
| Balance Sheet | MOR-3 | XX | |
| Status of Post-petition Taxes | MOR-4 | XX | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | XX | |
| Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | |
| Taxes Reconciliation and Aging | MOR-5 | | |
| Payments to Insiders and Professional | MOR-6 | XX | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | | |
| Debtor Questionnaire | MOR-7 | XX | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _____ Date: _____

Signature of Authorized Individual* _____ Date _____

Printed Name: _____ Date _____

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR
2/2008
PAGE 1 OF 1

# YL West 87th Street LLC
# Reconciliation Detail
### CitiBusiness DIP 5796, Period Ending 08/31/2010

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 41,912.44 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 23 items** | | | | | | |
| Check | 8/24/2010 | | Meisel Tuteur & Le... | X | -14,638.20 | -14,638.20 |
| Check | 8/18/2010 | | Rockledge Scaffoldi... | X | -13,881.56 | -28,519.76 |
| Check | 8/24/2010 | | Tarter Krinsky & Do... | X | -11,349.03 | -39,868.79 |
| Check | 8/17/2010 | | Rockledge Scaffoldi... | X | -6,097.00 | -45,965.79 |
| Check | 8/17/2010 | | ConEdison | X | -3,943.16 | -49,908.95 |
| Check | 8/17/2010 | | Security USA, Inc. | X | -3,658.20 | -53,567.15 |
| General Journal | 8/18/2010 | mtl | | X | -3,200.00 | -56,767.15 |
| Check | 8/17/2010 | | NYC Water Board | X | -2,132.86 | -58,900.01 |
| Check | 8/4/2010 | | Paychex | X | -2,057.70 | -60,957.71 |
| Check | 8/11/2010 | | Paychex | X | -2,057.70 | -63,015.41 |
| Check | 8/19/2010 | | Paychex | X | -2,057.70 | -65,073.11 |
| Check | 8/25/2010 | | Paychex | X | -1,877.70 | -66,950.81 |
| Check | 8/17/2010 | | ConEdison | X | -1,421.51 | -68,372.32 |
| Check | 8/5/2010 | | Paychex | X | -841.13 | -69,213.45 |
| Check | 8/12/2010 | | Paychex | X | -841.13 | -70,054.58 |
| Check | 8/19/2010 | | Paychex | X | -841.13 | -70,895.71 |
| Check | 8/26/2010 | | Paychex | X | -841.13 | -71,736.84 |
| Check | 8/17/2010 | | LCD Elevator | X | -629.30 | -72,366.14 |
| Check | 8/17/2010 | | Flatiron Real Estate... | X | -300.00 | -72,666.14 |
| Check | 8/5/2010 | | Paychex | X | -71.10 | -72,737.24 |
| Check | 8/12/2010 | | Paychex | X | -71.10 | -72,808.34 |
| Check | 8/20/2010 | | Paychex | X | -71.10 | -72,879.44 |
| Check | 8/26/2010 | | Paychex | X | -71.10 | -72,950.54 |
| **Total Checks and Payments** | | | | | -72,950.54 | -72,950.54 |
| **Deposits and Credits - 3 items** | | | | | | |
| Deposit | 8/3/2010 | | | X | 800.00 | 800.00 |
| Deposit | 8/18/2010 | | | X | 20,729.26 | 21,529.26 |
| Deposit | 8/10/2010 | | | X | 26,982.57 | 48,511.83 |
| **Total Deposits and Credits** | | | | | 48,511.83 | 48,511.83 |
| **Total Cleared Transactions** | | | | | -24,438.71 | -24,438.71 |
| **Cleared Balance** | | | | | -24,438.71 | 17,473.73 |
| **Register Balance as of 08/31/2010** | | | | | -24,438.71 | 17,473.73 |
| **Ending Balance** | | | | | **-24,438.71** | **17,473.73** |

Citibank, N.A. 292 / 00944  
Sort 2224  
New York, N.Y. 10043

000001/R1/04F000/0  
000  
CITIBANK, N.A. 292  
**Account**  
**9977685796**  
**Statement Period**  
**Aug. 1 - Aug. 31, 2010**  
**Relationship Manager**  
Vohra,Anuradha  
(212) 559-6514  
Page 1 of 3

YL WEST 87TH STREET LLC  
DEBTOR IN POSSESSION  
C/O GARRISON INVESTMENT GROUP  
1350 AVE OF AMERICAS, FL 9  
NEW YORK          NY 10019

## CitiBusiness® ACCOUNT AS OF AUGUST 31, 2010

**Relationship Summary:**

| | |
|---|---|
| Checking | $17,473.73 |
| Savings | --- |
| Investments (not FDIC insured) | --- |
| Checking Plus | --- |

## SUGGESTIONS AND RECOMMENDATIONS

**Help protect yourself from fraud**
Never provide account identifying information or your CitiBusiness Online token password over the phone to anyone. Shred old unused checks and unwanted mail or paper containing account information. Keep unused check stock and account statements locked in a safe place. Review your account statements promptly and please call us at **1-866-513-7802** if you find a discrepancy.

## SERVICE CHARGE SUMMARY FROM JULY 1, 2010 THRU JULY 31, 2010

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **CITIBUSINESS CHECKING # 9977685796** | | | |
| Average Daily Collected Balance | | | $66,404.63 |
| **DEPOSIT SERVICES** | | | |
| MONTHLY MAINTENANCE FEE | 1 | 20.0000 | 20.00 |
| **FEE WAIVE | | | |
| CHECKS PAID | 15 | .2000 | 3.00 |
| **FEE WAIVE | | | |
| DEPOSIT TICKETS | 4 | .2000 | 0.80 |
| **FEE WAIVE | | | |
| ITEMS DEPOSITED | 20 | .2000 | 4.00 |
| **FEE WAIVE | | | |
| **CITIBUSINESS ONLINE** | | | |
| CBOL - OUT. DOMESTIC WIRE TXFR | 1 | 12.5000 | 12.50 |
| **FEE WAIVE | | | |
| **AUTOMATED CLEARING HOUSE (ACH)** | | | |
| ACH DEBIT RECEIVED | 14 | .1500 | 2.10 |
| **FEE WAIVE | | | |
| **Total Charges for Services** | | | **$0.00** |

| | |
|---|---|
| Average collected balances | $66,404.63 |
| Less 10% reserve requirement | $6,640.46 |
| Balances eligible for Earnings Credit | $59,764.17 |
| Earnings Credit allowance at 0.40000% | $0.00 |
| Charges Subject to Earnings Credit | $0.00 |

## SERVICE CHARGE SUMMARY FROM JULY 1, 2010 THRU JULY 31, 2010 — Continued

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| Net Service Charge | | | $0.00 |

## CHECKING ACTIVITY

**CitiBusiness Checking**  
**9977685796**

Beginning Balance: $41,912.44  
Ending Balance: $17,473.73

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 8/03 | DEPOSIT | | 800.00 | 42,712.44 |
| 8/04 | RETURNED DEPOSIT CHECK | 1,600.00 | | 41,112.44 |
| 8/04 | RETURNED DEPOSIT CHECK | 800.00 | | 40,312.44 |
| 8/04 | RETURNED DEPOSIT CHECK | 800.00 | | 39,512.44 |
| 8/04 | ACH DEBIT PAYCHEX PAYROLL 36421000001289X Aug 04 | 2,057.70 | | 37,454.74 |
| 8/05 | ACH DEBIT PAYCHEX TPS TAXES 36420800008516X Aug 05 | 841.13 | | 36,613.61 |
| 8/05 | ACH DEBIT PAYCHEX EIB INVOICE X36427100006247 Aug 05 | 71.10 | | 36,542.51 |
| 8/10 | DEPOSIT | | 26,982.57 | 63,525.08 |
| 8/11 | ACH DEBIT PAYCHEX PAYROLL 36526300001218X Aug 11 | 2,057.70 | | 61,467.38 |
| 8/12 | ACH DEBIT PAYCHEX TPS TAXES 36529200005370X Aug 12 | 841.13 | | 60,626.25 |
| 8/12 | ACH DEBIT PAYCHEX EIB INVOICE X36533100003626 Aug 12 | 71.10 | | 60,555.15 |
| 8/17 | BILL PAYMENT ROCKLEDGE SCAFFOLDING CORP 010046 BA | 6,097.00 | | 54,458.15 |
| 8/17 | BILL PAYMENT CON EDISON 010042 BA | 3,943.16 | | 50,514.99 |
| 8/17 | BILL PAYMENT SECURITY USA INC 010047 BA | 3,658.20 | | 46,856.79 |
| 8/17 | BILL PAYMENT NYC WATER BOARD 010045 BA | 2,132.86 | | 44,723.93 |
| 8/17 | BILL PAYMENT CON EDISON 010043 BA | 1,421.51 | | 43,302.42 |
| 8/17 | BILL PAYMENT LCD ELEVATOR 010048 BA | 629.30 | | 42,673.12 |
| 8/17 | BILL PAYMENT FLATIRON REAL ESTATE ADVISORS 010044 BA | 300.00 | | 42,373.12 |
| 8/18 | DEPOSIT | | 20,729.26 | 63,102.38 |
| 8/18 | BILL PAYMENT ROCKLEDGE SCAFFOLDING CORP 010049 BA | 13,881.56 | | 49,220.82 |
| 8/19 | ACH DEBIT PAYCHEX PAYROLL 36638700001641X Aug 19 | 2,057.70 | | 47,163.12 |
| 8/19 | ACH DEBIT PAYCHEX TPS TAXES 36640100001336X Aug 19 | 841.13 | | 46,321.99 |
| 8/20 | ACH DEBIT PAYCHEX EIB INVOICE X36643400003483 Aug 20 | 71.10 | | 46,250.89 |
| 8/24 | CBUSOL TRANSFER DEBIT WIRE TO Meisel, Tuteur & Lwis, P.C. | 14,638.20 | | 31,612.69 |
| 8/24 | CBUSOL TRANSFER DEBIT WIRE TO Tarter Krinsky & Dogin IOLA | 11,349.03 | | 20,263.66 |
| 8/25 | ACH DEBIT PAYCHEX PAYROLL 36685400000921X Aug 25 | 1,877.70 | | 18,385.96 |
| 8/26 | ACH DEBIT PAYCHEX TPS TAXES 36687800004964X Aug 26 | 841.13 | | 17,544.83 |
| 8/26 | ACH DEBIT PAYCHEX EIB INVOICE X36691500005307 Aug 26 | 71.10 | | 17,473.73 |
| | **Total Debits/Credits** | **72,950.54** | **48,511.83** | |

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 866-513-7802 | Citi Private Bank<br>Client Services 5th Floor<br>666 Fifth Avenue<br>New York, NY 10103 |

For change in address, call your account officer or visit your branch.

In re YL WEST 87th STREET, LLC     Case No. 09-16786 (AJG)
Debtor     Reporting Period: 08/01/10-08/31/10

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | DEBTOR | PAYROLL | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| CASH BEGINNING OF MONTH | 41,912.44 | | | | 41,912.44 |
| **RECEIPTS** | | | | | |
| CASH SALES | 45,311.83 | | | | 45,311.83 |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | | 0.00 |
| LOANS AND ADVANCES | | | | | |
| SALE OF ASSETS | | | | | |
| OTHER (ATTACH LIST) | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | |
| TOTAL RECEIPTS | 45,311.83 | | | | 45,311.83 |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | 8,050.80 | | | | 8,050.80 |
| PAYROLL TAXES | 3,364.52 | | | | 3,364.52 |
| SALES, USE, & OTHER TAXES | | | | | |
| INVENTORY PURCHASES | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | |
| INSURANCE | | | | | |
| ADMINISTRATIVE | | | | | |
| SELLING | | | | | |
| OTHER (ATTACH LIST) | 58,335.22 | | | | 58,335.22 |
| OWNER DRAW * | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | |
| PROFESSIONAL FEES | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | |
| COURT COSTS | | | | | |
| TOTAL DISBURSEMENTS | 69,750.54 | | | | 69,750.54 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | -24,438.71 | | | | -24,438.71 |
| CASH – END OF MONTH | 17,473.73 | | | | 17,473.73 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | 69750.54 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 69750.54 |

# YL West 87th Street LLC
## Transactions by Account
### As of August 31, 2010

| | Date | Name | Clr | Split | Amount |
|---|---|---|---|---|---|
| **CitiBusiness DIP 5796** | | | | | |
| | 08/24/2010 | Meisel Tuteur & Lewis | | Professional Fees Payable | -14,638.20 |
| | 08/18/2010 | Rockledge Scaffolding Corp | | Development costs | -13,881.56 |
| | 08/24/2010 | Tarter Krinsky & Dogin | | Outside consultants | -11,349.03 |
| | 08/17/2010 | Rockledge Scaffolding Corp | | Development costs | -6,097.00 |
| | 08/17/2010 | ConEdison | | Utilities | -3,943.16 |
| | 08/17/2010 | Security USA, Inc. | | Security | -3,658.20 |
| | 08/17/2010 | NYC Water Board | | Utilities | -2,132.86 |
| | 08/17/2010 | ConEdison | | Utilities | -1,421.51 |
| | 08/17/2010 | LCD Elevator | | Repairs & Maintenance | -629.30 |
| | 08/17/2010 | Flatiron Real Estate Advisors, LLC | | Outside consultants | -300.00 |
| | 08/05/2010 | Paychex | | Payroll Fees | -71.10 |
| | 08/12/2010 | Paychex | | Payroll Fees | -71.10 |
| | 08/20/2010 | Paychex | | Payroll Fees | -71.10 |
| | 08/26/2010 | Paychex | | Payroll Fees | -71.10 |
| **Total CitiBusiness DIP 5796** | | | | | **-58,335.22** |
| **TOTAL** | | | | | **-58,335.22** |

August Disbursements

In re YL WEST 87th STREET, LLC  
Debtor  

Case No. 09-16786 (AJG)  
Reporting Period: 08/01/10/08/31/10

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | MONTH | CUMULATIVE - FILING TO DATE |
|---|---|---|
| Gross Revenues | 132,974.79 | 427,910.07 |
| Less: Returns and Allowances | | |
| Net Revenue | 132,974.79 | 427,910.07 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs *(attach schedule)* | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | 132,974.79 | 427,910.07 |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Officer/Insider Compensation* | | |
| Insurance | 11,775.00 | 48,607.08 |
| Management Fees/Bonuses | 7,800.00 | 31,670.06 |
| Office Expense | | 11,725.15 |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | 629.30 | 2,826.66 |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | 10,556.80 | 60,582.64 |
| Supplies | | |
| Taxes - Payroll | 858.52 | 7,602.33 |
| Taxes - Real Estate | 92,362.87 | 507,995.79 |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | 7,497.53 | 39,688.49 |
| Other *(attach schedule)* | 3,942.60 | 48,641.06 |
| Total Operating Expenses Before Depreciation | 135,422.62 | 767,630.42 |
| Depreciation/Depletion/Amortization | 100,000.00 | 550,000.00 |
| Net Profit (Loss) Before Other Income & Expenses | -102,447.83 | -889,720.35 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | | |
| Interest Expense | | |
| Other Expense *(attach schedule)* | | |
| Net Profit (Loss) Before Reorganization Items | -102,447.83 | -889,720.35 |

In re YL WEST 87th STREET, LLC  
Debtor  

Case No. 09-16786 (AJG)  
Reporting Period: 08/01/10/08/31/10

| REORGANIZATION ITEMS | | |
|---|---:|---:|
| Professional Fees | 45,466.83 | 107,401.04 |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | -147,914.66 | -997,121.39 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**BREAKDOWN OF "OTHER" CATEGORY**

OTHER COSTS

| | | |
|---|---|---|
| Purchases - Accessories | | |
| Purchases - Samples | | |
| Commissions | | |
| Duty & Storage | | |
| Freight | | |
| Total | | |

OTHER OPERATIONAL EXPENSES

| | | |
|---|---:|---:|
| Bank Charges | | |
| Computer Expenses | | |
| Consulting | | 2,177.50 |
| Credit Card Processing | | |
| Dues and Subscriptions | | |
| Employmnet Agency Fee | | |
| Fed Ex/Shipping | | |
| Licenses and Permits | | 9,840.00 |
| Payroll Service Fees | 284.40 | 1,585.15 |
| Promotional | | |
| Security | 3,658.20 | 34,450.78 |
| Telephone | | 587.63 |
| Total | 3,942.60 | 48,641.06 |

OTHER INCOME

| | | |
|---|---|---|
| Miscellaneous Income | | |
| | | |
| | | |

OTHER EXPENSES

| | | |
|---|---|---:|
| NYC Fire Department Penalties & Violations | | 840 |
| | | |
| | | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| UTILITY SECURITY DEPOSIT | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

In re YL WEST 87th STREET, LLC  
Debtor  

Case No. 09-16786 (AJG)  
Reporting Period: 08/01/10-08/31/10  

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| **CURRENT ASSETS** | | | |
| Unrestricted Cash and Equivalents | 17,473.73 | 41,912.44 | |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | | |
| Accounts Receivable (Net) | 87,662.96 | | |
| Notes Receivable | | | |
| Inventories | | | |
| Prepaid Expenses | 100,116.92 | 111,891.92 | |
| Professional Retainers | 0.00 | 3,904.14 | |
| Other Current Assets *(attach schedule)* | | | |
| TOTAL CURRENT ASSETS | 205,253.61 | 157,708.50 | |
| **PROPERTY & EQUIPMENT** | | | |
| Real Property and Improvements | 45,908,599.22 | 45,888,620.66 | |
| Machinery and Equipment | | | |
| Furniture, Fixtures and Office Equipment | | | |
| Leasehold Improvements | | | |
| Vehicles | | | |
| Less: Accumulated Depreciation | (1,000,000.00) | (900,000.00) | |
| TOTAL PROPERTY & EQUIPMENT | 44,908,599.22 | 44,988,620.66 | |
| **OTHER ASSETS** | | | |
| Amounts due from Insiders* | | | |
| Other Assets *(attach schedule)* | | | |
| TOTAL OTHER ASSETS | | | |
| TOTAL ASSETS | 45,113,852.83 | 45,146,329.16 | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | | |
| Accounts Payable | 7,500.00 | 0.00 | |
| Taxes Payable *(refer to FORM MOR-4)* | 738,902.99 | 646,540.12 | |
| Wages Payable | | | |
| Notes Payable | | | |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | | | |
| Professional Fees Payable | 30,213.81 | 14,638.35 | |
| Amounts Due to Insiders* | 169,977.12 | 169,977.12 | |
| Other Post-petition Liabilities *(attach schedule)* | 0.00 | 0.00 | |
| TOTAL POST-PETITION LIABILITIES | 946,593.92 | 831,155.59 | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | |
| Secured Debt | 50,263,166.11 | 50,263,166.11 | |
| Priority Debt | 1,171,373.27 | 1,171,373.27 | |
| Unsecured Debt | 181,128.09 | 181,128.09 | |
| TOTAL PRE-PETITION LIABILITIES | 51,615,667.47 | 51,615,667.47 | |
| TOTAL LIABILITIES | 52,562,261.39 | 52,446,823.06 | |
| **OWNERS' EQUITY** | | | |
| Capital Stock | | | |
| Additional Paid-In Capital | | | |
| Partners' Capital Account | | | |
| Owner's Equity Account | | | |
| Retained Earnings - Pre-Petition | (6,451,287.17) | (6,451,287.17) | |
| Retained Earnings - Post-petition | (997,221.39) | (849,306.73) | |
| Adjustments to Owner Equity *(attach schedule)* | | | |
| Post-petition Contributions *(attach schedule)* | 100.00 | 100.00 | |
| NET OWNERS' EQUITY | (7,448,408.56) | (7,300,493.90) | |
| TOTAL LIABILITIES AND OWNERS' EQUITY | 45,113,852.83 | 45,146,329.16 | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re YL WEST 87th STREET, LLC  
    Debtor

Case No. 09-16786 (AJG)  
Reporting Period: 08/01/10-08/31/10

## BALANCE SHEET - continuation section

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | | | |
| | | | |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Adjustments to Owner's Equity | | | |
| | | | |
| | | | |
| Post-Petition Contributions | | | |
| DIP Account Deposit | 100 | | |
| | | | |
| | | | |

Restricted Cash: Cash that is restricted for a specific use and not available to fund operations.  
Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re YL WEST 87th STREET, LLC  
Debtor

Case No. **09-16786 (AJG)**  
Reporting Period: **08/01/10-08/31/10**

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | 0.00 | 901.36 | 901.36 | weekly | weekly | 0.00 |
| FICA-Employee | 0.00 | 821.96 | 821.96 | weekly | weekly | 0.00 |
| FICA-Employer | 0.00 | 821.96 | 821.96 | weekly | weekly | 0.00 |
| Unemployment | 0.00 | 0.00 | 0.00 | weekly | weekly | 0.00 |
| Income | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Other: | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Total Federal Taxes | 0.00 | 2,545.28 | 2,545.28 | | | 0.00 |
| **State and Local** | | | | | | |
| Withholding | 0.00 | 782.68 | 782.68 | weekly | weekly | 0.00 |
| Sales | 0.00 | | | | | 0.00 |
| Excise | 0.00 | | | | | 0.00 |
| Unemployment | 0.00 | 0.00 | 0.00 | weekly | weekly | 0.00 |
| Real Property | 415,632.92 | 92,362.87 | | | | 507,995.79 |
| Personal Property | 0.00 | | | | | 0.00 |
| Other: | 0.00 | 36.56 | 36.56 | weekly | weekly | 0.00 |
| Total State and Local | 415,632.92 | 93,182.11 | 819.24 | | | 507,995.79 |
| **Total Taxes** | 415,632.92 | 95,727.39 | 3,364.52 | | | 507,995.79 |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

Number of Days Past Due

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | 7,500.00 | | | | | 7,500.00 |
| Wages Payable | | | | | | 0.00 |
| Taxes Payable | | | | | 738,902.99 | 738,902.99 |
| Rent/Leases-Building | | | | | | 0.00 |
| Rent/Leases-Equipment | | | | | | 0.00 |
| Secured Debt/Adequate Protection Payments | | | | | | 0.00 |
| Professional Fees | 30,213.81 | | | | | 30,213.81 |
| Amounts Due to Insiders | | | | | | 0.00 |
| Other: | | | | | | 0.00 |
| Other: | 169,777.12 | | | | | 169,777.12 |
| Total Post-petition Debts | 207,490.93 | 0.00 | 0.00 | 0.00 | 738,902.99 | 946,393.92 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

_____
_____
_____

In re YL WEST 87th STREET, LLC  
  Debtor

Case No. 09-16786 (AJG)  
Reporting Period: _____

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | | |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| Marilyn Simon & Associates | 4/6/2010 | 50,000.00 | 3,904.12 | 50,000.00 | 26,666.16 |
| Meisel Tuteur & Lewis, PC | | - | 14,638.20 | 14,638.20 | 3,547.50 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | 50,000.00 | 18,542.32 | 64,638.20 | 30,213.66 |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

In re YL WEST 87th STREET, LLC  
Debtor

Case No. 09-16786 (AJG)  
Reporting Period: 08/01/10-08/31/10

# DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | XX |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | XX |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | XX |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | XX |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | XX |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | XX |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | XX |
| 8 | Are any post petition payroll taxes past due? | | XX |
| 9 | Are any post petition State or Federal income taxes past due? | | XX |
| 10 | Are any post petition real estate taxes past due? | XX | |
| 11 | Are any other post petition taxes past due? | | XX |
| 12 | Have any pre-petition taxes been paid during this reporting period? | | XX |
| 13 | Are any amounts owed to post petition creditors delinquent? | | XX |
| 14 | Are any wage payments past due? | | XX |
| 15 | Have any post petition loans been been received by the Debtor from any party? | XX | |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | XX |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | XX |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? | | XX |

In re YL WEST 87TH STREET, LLC, Debtor    Case No. 09-16786 (AJG)
Reporting Period: 08/01/10-08/31/10

**ADDENDUM TO DEBTOR QUESTIONNAIRE**

# 10 - Are any post petition real estate taxes past due?

Yes - The new owner of the debtor assumed control on March 17, 2010 and was not aware the real estate taxes for 2009 and first half of 2010 were unpaid. This was not disclosed in the orginial petition by the previous owners. The company is in the process of filing an amended petition and paying the post petition portion of the taxes.

#15 - Have any post petition loans been received by the Debtor from any party?

Yes- The new owner has advanced loans to cover current operating costs for the debtor.