| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------X<br>In re:<br><br>**YL WEST 87th STREET LLC,**<br><br>               Debtor.<br>------------------------------------------------------X | Return Date: December 8, 2010<br>@ 9:30 a.m.<br><br>Chapter 11<br><br>Case No. 09-16786 (AJG) |

**NOTICE OF MOTION FOR ENTRY OF AN ORDER
PURSUANT TO 11 U.S.C. §105(a) CONFIRMING TENANT
LEASE PROVISIONS AND GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE**, that the above captioned debtor and debtor in possession (the "Debtor"), will move the Honorable Arthur J. Gonzalez, United States Bankruptcy Judge, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, on December 8, 2010 at 9:30 a.m. in the forenoon of that day, for an order confirming that the Debtor's records regarding the lease terms and rental provisions with its tenants as set forth in Exhibit "A" to the Motion annexed hereto correctly reflect such terms and provisions and granting additional relief relating thereto for the reasons more fully set forth in the annexed motion.

**PLEASE TAKE FURTHER NOTICE, THAT FAILURE TO OBJECT TO THE LEASE DETAILS SET FORTH ON EXHIBIT "A" WILL PRECLUDE A TENANT FROM MAKING ANY FUTURE OBJECTION WITH RESPECT THERETO, IN THIS OR ANY OTHER COURT.**

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the motion or the proposed order, must be made in writing, must conform to the requirements of the Code and the Bankruptcy Rules, must set forth with reasonable specificity the basis thereof, and must be filed no later than 3:00 p.m. on December 3, 2010 or handed up to the Court at the hearing as follows: (a) by registered users of the Court's electronic case filing system, electronically in accordance

with General Order M-182 [*n.b.*, General Order M-182 and the User's Manual for the Electronic Case Filing System can be found at *www.nysb.uscourts.gov*, the official website for the United States Bankruptcy Court for the Southern District of New York]; (b) by all other parties in interest, on a 3.5 inch disk, preferably in portable document format (PDF), WordPerfect or any other Windows-based word processing format, provided to the Clerk, United States Bankruptcy Court, One Bowling Green, New York, NY 10004. A copy of such Response must be filed in the Chambers of The Honorable Arthur J. Gonzalez, United States Bankruptcy Judge, and served upon and received by Serene K. Nakano, Esq., Staff Attorney to the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004, Marilyn Simon & Associates, attorneys for the Debtor, 110 East 59th Street, 23rd Floor, New York, NY 10022, Attn: Marilyn Simon, Esq., Paul, Hastings, Janofsky & Walker LLP, 75 East 55th Street, New York, NY 10022-3205, Attn: Harvey Strickon, Esq., and Tarter Krinsky & Drogin LLP, 1350 Broadway, New York, NY 10018, Attn: Scott Markowitz. Any response must set forth the grounds for and the facts supporting the response and must: (i) identify the response by the name of the responding party, (ii) indicate the hearing date on the upper right hand of the objection, and (iii) bear the caption and case number of this case.

Dated: New York, New York
November 4, 2010

MARILYN SIMON & ASSOCIATES
Attorneys for YL West 87th Street LLC
Debtor and Debtor in Possession

By: /s/Marilyn Simon
Marilyn Simon - MS 6537
110 East 59th Street, 23rd Floor
New York, NY 10022
(212) 759-7909

TO: The Debtor's Tenants set forth on Exhibit "A"
The "Core Group"