# *101 West*
## 87ᵀᴴ STREET
### NEW YORK, NEW YORK



POTENTIAL RENDERING

## CONFIDENTIAL OFFERING MEMORANDUM



EASTDIL
SECURED



Central Park

101 West 87th street



# *101 West*
## 8 7 TH  S T R E E T
### NEW YORK, NEW YORK

---

## TABLE OF CONTENTS

---

### EXECUTIVE SUMMARY                    3

### PROPERTY DESCRIPTION                 11

### MARKET OVERVIEW                      17

Additional information may be obtained from the Owner's exclusive representative:



**EASTDIL SECURED, L.L.C.**
40 West 57th Street  New York, NY 10019
212.315.7200

**Adam J. Spies**
Senior Managing Director
212.315.7317
aspies@eastdilsecured.com

**Douglas L . Harmon**
Senior Managing Director
212-315-7243
dharmon@eastdilsecured.com

**Matt Borstein**
Managing Director
212.315.7434
mborstein@eastdilsecured.com

**Kara E. Wiard**
Senior Vice President
212.315.7385
kwiard@eastdilsecured.com

**Graham S. Stephens**
Vice President
212.315.7447
gstephens@eastdilsecured.com

This offering is subject to prior placement and withdrawal, cancellation or modification without notice. The information contained herein has been carefully compiled from sources we consider reliable, and while not guaranteed as to completeness or accuracy, we believe it to be correct as of this date. The pro forma income and expenses set forth in this brochure and any accompanying computer diskettes, CDs and/or electronic files, do not constitute a representation, warranty or guaranty of any of the numbers set forth herein or of any economic value attributable to the property or income that may be derived there from. Independent estimates of pro forma income and expenses should be developed before any decision is made on whether to invest in the property.

©Eastdil Secured, L.L.C.                                                                                                    May 2010



POTENTIAL RENDERING

YL West 87th Street LLC a Delaware limited liability company (the "Property Owner") has retained Eastdil Secured LLC, as its exclusive representative in the sale of the fee simple interest located at 101 West 87th Street (the "Property"). The Property is located one block from Central Park in the prestigious and historic Upper West Side submarket. 101 West 87th Street is a residential building with a max buildable area of 159,095 square feet. The Property currently consists of 103,004 square feet of residential area, and 8,969 square feet of commercial space for a total of 111,973 square feet. The Property currently includes 15 rent stabilized units that have remained leased throughout the conversion process.

Originally constructed in 1987 as a multi-family rental property, the 10-story building was conceived as a condominium conversion in 2007. Due to various factors, including the difficult economic climate, the construction was not finished and the condominium offering plan was never approved. The Property is being offered to a select group of qualified investors on an "As Is" basis only. The Owner has not established a price, but is a sophisticated, market-sensitive seller with expectations of achieving pricing reflective of the demand for

| PROPERTY SUMMARY | |
| --- | --- |
| Current Area | 111,973 square feet |
| Max Buildable Area | 159,095 square feet |
| Current Rent Stabilized Area | 9,953 square feet |
| Current Retail Area | 8,969 square feet |
| Stories | Currently 10 floors / Proposed 12 floors |
| Year Built / Renovated | 1987 / 2008-2009 |

the opportunity to complete an attractive residential conversion in one of New York City's most storied and established residential submarkets. All inquiries should be directed to Eastdil Secured.

## RECENT HISTORY

Garrison was originally a lender to YL West 87th Holdings I LLC ("Holdings"), an entity owned by Yair Levy ("Levy"). That entity in turn owned YL West 87th Street LLC, the owner of real property known as 101 West 87th Street. The membership interest in the Property Owner was pledged to Garrison as collateral security for its loan. When Garrison's loan to Holdings went into default, Garrison noticed a UCC foreclosure sale of the pledged membership interest in the Property Owner. In order to prevent the foreclosure sale from occurring, Levy caused Holdings to file for Chapter 11 protection on September 9, 2009. Promptly thereafter, Garrison filed a motion for relief from the stay. While such motion was pending, Levy caused the Property Owner to also file for Chapter 11 protection. On January 13, 2010 the bankruptcy court rendered a decision granting the motion for relief from the stay for Holdings. Thereafter, on February 25, 2010, a UCC foreclosure sale was conducted with Garrison as the only bidder. On March 17, 2010, Garrison acquired titled to the membership interest in the Property Owner, which was then and still is in a Chapter 11 proceeding. It is the intent of Garrison to propose and confirm a plan in such Chapter 11 proceeding. The plan will provide for the sale of the property, free and clear of all liens and claims, with the proceeds to be paid to Garrison as the first lien holder, and with Garrison's consent, certain of the proceeds will be paid to the Property Owner's creditors as part of the plan of reorganization. Garrison will commence negotiations with the creditors of the Property Owner, when a grounding offer is accepted. Garrison is hopeful that an agreement can be reached in the near term. Once agreement is reached, the plan will be filed and the property will be sold as part of the confirmation process.



101 WEST 87TH STREET
Upper West Side
Upper East Side
Roosevelt Island
QUEENS
Midtown
Garment District
Murray Hill
Union Square
Chelsea
East Village
Hudson Square
Lower East Side
Soho
Little Italy
Tribeca
Chinatown
Financial District
BROOKLYN
JERSEY CITY
Central Park
CENTRAL PARK WEST
BROADWAY
AMSTERDAM AVE
COLUMBUS AVE
WEST END AVE
RIVERSIDE DR
HENRY HUDSON PKWY
W 91 ST
W 90 ST
W 89 ST
W 87 ST
W 86 ST
W 85 ST
W 84 ST
W 83 ST
W 82 ST
W 81 ST
W 80 ST
W 79 ST
W 78 ST
W 77 ST
W 76 ST
W 75 ST
W 74 ST
W 73 ST
W 72 ST
W 71 ST
W 70 ST
86 St Station
79 St Station
72 St Station
81 St/Museum of Natural History
Museum of Natural History
PS 166 Manh Sch Ars & Science
Louis D Brandels High School for Science
MS 244 Columbus Middle School
The Collegiate School
Dwight School
Solomon Schecter School
Trevor Day School Upper
Barney Greengrass
Celeste
Aix Restaurant
EJ's Luncheonette
Sarabeth's
zabars
Ruby Foo's
D' Agostino
Pottery Barn
shake shack
The Jewish Center
Hospital
Commercial
Residential
Hotel
Religious
Retail
Museum
Education



POTENTIAL RENDERING



EXISTING VIEW

POTENTIAL RENDERING

## INVESTMENT HIGHLIGHTS

**Opportunity To Acquire A Superbly Constructed Irreplaceable Asset -** The offering presents a unique opportunity to acquire a first class residential asset originally developed in 1987 by Related, and the recent recipient of improvements as part of preparation for conversion to condominiums. The previous owner completed demolition of the interior, completed significant upgrades to the infrastructure and began demising units. Located one block from Central Park in a prime residential neighborhood on the Upper West Side, the Property is positioned for the right investor to finish the project.

**Rebounding Manhattan Residential Market -** New York City has historically been one of the most supply constrained markets, which bodes well for owners of both the rental and condominium assets. With the recent economic downturn, rents had dropped approximately 15% Citywide and concessions were being offered for both lease and sales transactions. However, with the unemployment rate having stabilized, fundamentals have begun to improve, with rental rates and sales prices reversing their downward slide and trending upward through the first quarter. Similar recent sales in neighboring buildings have averaged over $1,100 per square foot.

**Vibrant Retail And Residential Upper West Side Location -** 101 West 87th Street is located on the Upper West Side, a bastion of the City's intellectual and cultural communities and one of Manhattan's premier residential neighborhoods. The area perpetually attracts a critical mass of wealthy homeowners with extremely high disposable incomes. Some of the area's world-class attractions include Lincoln Center for the Performing Arts, Carnegie Hall, the American Museum of Natural History, Hayden Planetarium, the Children's Museum of Manhattan, and of course Central Park, which offers lush parkland as well as the Shakespeare Garden, Belvedere

| NEW YORK CITY STABILIZING RESIDENTIAL MARKET | | |
| --- | --- | --- |

**Growing population -** The City's population is approximately 8.4 million, a 13.6% increase since 1990.

**High Barriers to Entry -** The availability of development sites is limited and expensive to acquire and develop.

**Foreign Tourists -** Over 8.7 million foreign tourists visited the city in 2009, a 40% increase from five years ago.

**Foreign Spending -** Total visitor spending (domestic and international) exceeded $32 billion.

**Vacancy Rates -** The imbalance between supply and demand has resulted in consistently low vacancy rates (below 4.0%) in Manhattan. The current vacancy rate is near 1.45%.

**Condo Sales -** The average Manhattan luxury apartment sales price increased by 14.1% in the first quarter of 2010 to over $1,881 per square foot.

**Rental Rates -** Despite the recent economic woes, continued demand pressures have resulted in relatively resilient rental rates. Manhattan luxury building rental rates were approximately $68 per square foot through the first quarter of 2010.



Castle, Bethesda Fountain, and the Central Park Zoo. The area is also home to educational institutions such as the Trinity and Collegiate high schools, Fordham University Law School, as well as Columbia University of the Ivy League. The Property is ideally situated along the bustling Broadway retail corridor which caters to the many residential neighbors.

**Excellent Air And Light -** The northwest corner location on Columbus Avenue and 87th Street provides an abundance of air and light to the units creating a serene residential outpost in one of the premier residential neighborhoods in Manhattan.

**Flexible Execution -** As a result of the stalled condominium conversion plan, a new owner will have the ability to modify the original unit mix and planned finishes to optimize for current market demand. In addition, a rental execution could also be pursued to capitalize on the Upper West Side's dominant position as one of Manhattan's most desirable neighborhoods. Average rents in the area are in excess of $65 per square foot, the second highest submarket in New York City.

**Minimal Impairment to Streetscape -** The graphic below illustrates the existing building, the previously approved changes, and a proposed renovation that increases square footage at the Property by approximately 50,000 quare feet more than what is currently in-place. As demonstrated by the rendering below, through creative design there are ways to grow the building's square footage without significantly impacting the streetscape. This should help the process of gaining Landmarks Preservation Commission to approve changes to the design.



POTENTIAL ELEVATIONS

EXISTING COLUMBUS AVENUE ELEVATION

PREVIOUSLY APPROVED COLUMBUS AVENUE ELEVATION

PROPOSED COLUMBUS AVENUE ELEVATION



## SALE OF REALTY

The bullets below detail the critical aspects of submitting an offer to acquire the asset.

- YL West 87th Street LLC is in a Chapter 11 case pending in the United States Bankruptcy Court for the Southern District of New York.

- The sale of the Realty is subject to Bankruptcy Court approval.

- Any offer must be in writing and accompanied by a good faith deposit of $500,000 and financial documentation evidencing the ability to promptly close the transaction. 10% of the purchase price must be paid by the successful bidder at the time of the auction sale. Only prospective buyers who have made written offers and furnished the good faith deposit and financial documentation required may bid at the auction sale.

- The entity making the best offer will be chosen by the debtor to be the "stalking horse" – upon which an auction sale of the Realty will be based.

- The stalking horse will be able to negotiate with the owner a reasonable "break-up fee" should the "stalking horse" not be the successful bidder.

- Any higher offers at the auction sale made by persons other than the "stalking horse" must be sufficient to cover the "break-up fee" and a reasonable overbid to be set prior to the auction sale.

- Being in the stalking horse position gives the party making the offer an extremely advantageous position.

- Once the stalking horse is selected, the owner will advertise the sale subject to higher and better offers that may be made at the auction sale.

- The sale is to be closed and funds delivered to the owner 30 days after the auction sale is concluded.







JACQUELINE KENNEDY ONASSIS RESERVOIR

THE ELDORADO

W 88TH ST

101 WEST 87TH STREET

COLUMBUS AVE

W 86TH ST



Central Park

The Bolivar

# Property
## *Description*

101 W. 87th Street is located on the north-west corner of Columbus Avenue and 87th Street in the prestigious Upper West Side residential market. Situated one block west of Central Park in the heart of one of New York's most storied neighborhoods, the area features the best amenities Manhattan has to offer including museums, restaurants, shops, galleries and specialty stores.

The Property was acquired and scheduled to become a condominium project in 2007. For various reasons, including the difficult economic climate, the prior owner was unable to complete the redevelopment and as a result, the Property lingered as an unfinished conversion project for approximately the last 12 months, and eventually was foreclosed on in March 2010.

Given the recent stability and improvement in Manhattan's residential market and the change in ownership, 101 W. 87th Street is primed for completion and reach its potential as the Upper West Side's latest condominium building. Further, the Property can come on-line much quicker than a new development as some base work has been completed and some of the necessary permits and approvals have been attained. This is a key advantage as few new projects have come online on the Upper West Side in the last 24 months, and there is significant demand for reasonably priced units

As a result of the Property's incredible location, strong foundation and new ownership, 101 W. 87th Street is positioned for completion. A new owner can control the costs to finish the project, dictate style/size/makeup of the units as appropriate for the market, and as a result finish the project and execute a business plan that results in a significant economic gain.



## ORIGINAL CONVERSION PLAN

The Property was a 10-story, 95 unit multi-family rental building prior to the plan to convert the building to for sale condominiums in 2008. The main building consisted of 111,973 square feet compared to the 159,095 square feet of allowable buildable area. Part of the conversion plan included increasing the building size and subsequently increasing the value of the Property. The plan included:

- Demolishing the partial penthouse floor
- Adding two additional floors
- Adding a partial 12th floor
- Constructing an addition to the fifth floor (atop a setback)
- Expanding/reconfiguring the ground floor to allow for additional lobby area

and additional grade level retail or amenity space for the Property

The original conversion plan resulted in a 12-story building with 84 residential apartment units and six retail units resulting in above average luxury family size units. The projected gross building area was estimated to be 138,827 square feet (compared to 159, 095 square feet max buildable).

## MAX BUILDABLE AREA

The original condominium conversion plan increased the building size by approximately 22,000 square feet, however, it did not maximize total buildable area. In working with the architects, there are alternative means to achieve maximum buildable area and create approximately an additional 50,000 square feet. The increase in building size has a direct impact on an investor's ability to maximize value as they sell the converted condominium units. The incomplete Property gives investors flexibility to determine their vision for the Property, complete the project and ultimately sell the units in a timely manner according to their plan.

| MAX BUILDABLE AREA | | | | |
|---|---|---|---|---|
| | Retail SF | Rent Regulated SF | Residential SF | Total SF |
| Existing | 8,969 | 9,953 | 93,051 | 111,973 |
| Approved | 8,969 | 9,953 | 119,905 | 138,827 |
| Potential Layout | 8,969 | 9,953 | 138,741 | 157,663 |
| Max Buildable | 8,969 | 9,953 | 140,173 | 159,095 |
| *Estimated Square Footage* | | | | |



# SITE PLAN CONFIGURATION

The site plans on the below detail the existing site plan and a site plan with potential additions. Proposed in-fill (courtyard) construction designed for YL Equities was made more complex by (having to work/design around) existing commercial lease(s) on the ground floor. One proposal is for a system that would be, not only, seismically-separate from the existing building but a design that will provide more marketable living space overall.







# CURRENT PROPERTY DETAIL

| | |
|---|---|
| **Address** | 101 West 87 Street New York, NY 10024 and ADDRESS TOWNHOUSE |
| **Location** | The subject property site is situated on the northwest corner of 87th Street and Columbus Avenue with a small amount portion of the site extending to the mid-block to the south side of 88th Street between Amsterdam Avenue and Columbus Avenue. The site is situated in the Upper West Side of Manhattan, City and State of New York. |
| **Year Built** | 1987 |
| **Tax Lot Identification** | Block 1218, Lot 29. |
| **Frontage** | 150.9 feet along the west side of Columbus Avenue 108.4 feet along the north side of West 87th Street 16 feet along the south side of West 88th Street |
| **Number of Residential Units** | Formerly 95 residential units; Most recent proposal included 84 units (including 6 retail units) |
| **Number of Rent Stabilized Units** | There are fifteen (15) rent stabilized units which have remained leased throughout the conversion process |
| **Number of Buildings** | Currently one building, but can be combined with the adjoining lot on 87th Street to maximize FAR (all part of the collateral) |
| **Number of Stories** | Currently 10 stories (12 proposed) |
| **Total Building Area** | Currently 111,973 square feet, 159,095 max FAR |
| **Site Area** | 17,516 SF |
| **Parking** | None |
| **Superstructure** | Conventional concrete encased steel framing |
| **Cellar/Basement/Crawl Space** | Cellar |
| **Foundation** | Concrete |
| **Exterior** | The exterior walls of the building are a red brick. In addition, the exterior walls are improved with casement style sliding windows. (Plate glass and typical store entrance at grade). Townhouse exterior will be red brick with decorative double-hung windows. |
| **Windows** | Casement style sliding windows. (Typical plate glass for storefront). Townhouse will have decorative double-hung windows. |



**Roof**            Flat, new rubber membrane, pitched to interior drains.

**Elevators**       The multi-unit building is (and will be) serviced by two passenger elevators.

**Entrances**       The entrance to the residential portion of the building is currently (and will be) on West 87th Street via a set of glass paneled doors in wood frames. The retail units have entrances along Columbus Avenue. The townhouse will have an entrance on East 88th Street

**Lobby**           Currently, the lobby has marble floors, a concierge desk, and decorative columns in the main entrance. There are several ways to reconfigure the lobby. The ultimate design will reflect how a new investor best thinks they can maximize value whether that means additional ground floor retail, an amenity space for the residents, a grandiose lobby or some other configuration.

**Stairs**          Currently, there are two interior emergency stairways which consist of concrete treads with metal rails. Relocating the stairwells is one approach to help maximize buildable area and combine the two buildings.

**HVAC**            Natural gas supplies 14 basement located hyrotemp units six of which are dedicated for hot water and eight of which are dedicated to heat. Heat is produced by circulating hot water to individual P-Tek units. Each unit has (will have) an individual P-Tek unit with forced air for heat and air conditioning.

**Electricity**     Standard 400-amp electric service. All of the apartments have circuit breakers

**Utilities + Services**   Sewer - New York City              Water – New York City

                    Refuse – New York City             Gas – Con Edison Gas Co.

                    Fire Protection – New York City    Electric - Consolidated Edison Company

                    Police - New York City

**Flood Hazard Status**   The subject property is located in "Zone C" on the National Flood Insurance Program Rate Map dated July 5, 1994, Community Panel #360497-0025B. Zone C is an area of minimal flooding. Flood insurance is not required for properties in this zone.

**Sprinkler System/Fire Protection**   Sprinkler in basement. Each floor has a standpipe and hose.





MIDTOWN

CENTRAL PARK

PARK BELVEDERE

MUSEUM OF NATURAL HISTORY

THE BOLIVAR

COLUMBUS AVE

W86TH ST

101 WEST 87TH STREET



The Chesterfield

# MARKET
*Overview*



# NEW YORK CITY OVERVIEW

New York City (the "City" or "New York") is among the most exciting, dynamic, and diverse cities in the world. The City is home to the United Nations, it is the international capital of finance, and it has more Fortune 500 Company headquarters than any other city in the world. Located in the heart of the northeast corridor of the United States, New York is easily accessible from all major North and South American, European, and Asian market centers. World renowned for its cultural activities, restaurants, entertainment, and shopping, New York City is recognized as the premier tourist destination in the United States.

The City's $32 billion-a-year tourism industry has also performed well, as illustrated by a significant increase in hotel occupancy rates, an impressive number of City visitors and Broadway ticket sales of $1billion. An estimated 45.4 million tourists (domestic and international) visited New York City in 2009, a 10% increase from five years prior. All these factors indicate the incredible determination, resiliency and vitality of New York City.

| NEW YORK CITY STABILIZING RESIDENTIAL MARKET |
|---|
| **Growing population -** The City's population is approximately 8.4 million, a 13.6% increase since 1990. |
| **High Barriers to Entry -** The availability of development sites is limited and expensive to acquire and develop. |
| **Foreign Tourists -** Over 8.7 million foreign tourists visited the city in 2009, a 40% increase from five years ago. |
| **Foreign Spending -** Total visitor spending (domestic and international) exceeded $32 billion. |
| **Vacancy Rates -** The imbalance between supply and demand has resulted in consistently low vacancy rates (below 4.0%) in Manhattan. The current vacancy rate is near 1.45%. |
| **Condo Sales -** The average Manhattan luxury apartment sales price increased by 14.1% in the first quarter of 2010 to over $1,881 per square foot. |
| **Rental Rates -** Despite the recent economic woes, continued demand pressures have resulted in relatively resilient rental rates. Manhattan luxury building rental rates were approximately $68 per square foot through the first quarter of 2010. |

**Employment:**

Manhattan is the employment center of metropolitan area residents, attracting daily commuters from as far as 100 miles away. Simply stated, New York City possesses an unparalleled level of human capital unavailable in any other city. The City's economic diversity protects the area's economy and employment growth from the impact of cyclical downturns in any one particular sector.

## New York City Employment



Government 15%
Finance, Insurance, Real Estate 12%
Health Care and Social Assistance 15%
Information 4%
Construction 4%
Transportation Utilities 3%
Manufacturing 3%
Services 32%
Trade 12%

While all major business sectors are represented, high-tech and media-oriented companies as well as large media conglomerates such as Fox, Bertelsmann, Viacom/CBS, General Electric/NBC, Disney/ABC, and Time Warner have joined the City's traditional financial and professional service firms over the last five years.

### Quality of Life:

Residents of the metropolitan region enjoy a broad range of cultural, educational and recreational outlets. New York City's cultural and artistic communities begin trends that are emulated around the world. With 150 museums and 400 art galleries, there is a new opening virtually every night of the year. The area is home to over 20 symphony orchestras, including the New York and Brooklyn Philharmonics and musical institutions such as Carnegie Hall and the Metropolitan Opera. New York's Broadway stages have defined the American theatre experience since the 18th century.

The City also contains more than 60 square miles of green parkland and playgrounds, with 500 tennis courts, 13 golf courses, numerous athletic fields and miles of paths for bicycling and jogging. New park projects include the expansion of Brooklyn Bridge Park north to the Manhattan Bridge, the development of Bloomingdale Park in Staten Island, and the completion of a 32-mile walking and bike path encircling the island of Manhattan. New York City is home to more professional sports franchises than any other city in the country and is also the location of such famous sporting facilities as Yankee Stadium, Shea Stadium, Madison Square Garden and the Arthur Ashe Tennis Stadium.

New York has many of the best hospitals in the world including Columbia-Presbyterian, Mt. Sinai and New York Hospital, with renowned specialists in every field. The City's efforts to remain the safest city of its size have continued under Mayor Bloomberg. Crime in New York City has gone through an amazing decline. Based on the FBI Crime Index, New York City remains the safest large city in America, with a per capita crime rate comparable to Provo, Utah. The City has continued to implement traffic engineering measures that have significantly improved pedestrian and motorist safety and mobility.

New York City's outstanding quality of life and pro-business environment continue to make it the intellectual, cultural and economic center of the country, if not the world.

### Population:

New York City is the focal point of the 23-county Tri-State Consolidated Metropolitan Statistical Area (New York City CMSA), which comprises counties in New York, New Jersey and Connecticut. According to the 2009 U.S. Census, the New York City CMSA had a population of 19.1 million people, approximately 6.2% of the total U.S. population. New York City's 2009 population grew to over 8.4 million people, a record level and a 13% increase since 1990. New York City covers over 300 square miles and consists of five boroughs, including Manhattan, Brooklyn, Queens, Staten Island and the Bronx. Today, the City ranks second in the country behind Los Angeles in terms of population density, with approximately 25,000 persons per square mile. New York City's population is projected to continue to increase for the remainder of the decade, bringing with it a constant flow of ideas, industry and innovation.

### New York City Population Growth





CENTRAL PARK

W 97 ST
W 96 ST
96th St
W 96 ST
96th St
W 95 ST
W 94 ST
W 93 ST
W 92 ST
W 91 ST
W 90 ST
W 89 ST
W 88 ST
W 87 ST
86th St
W 86 ST
86th St
W 85 ST
W 84 ST
W 83 ST
W 82 ST
W 81 ST
Museum Of Natural History
81st St
W 80 ST
W 79 ST
79th St
W 78 ST
Theodore Roosevelt Park
W 77 ST
W 76 ST
W 75 ST
W 74 ST
W 73 ST
72nd St
W 72 ST
72nd St
W 71 ST
W 70 ST
W 69 ST
Seventieth Playground
W 68 ST
W 67 ST
W 66 ST
66th St
Lincoln Center
W 65 ST
W 64 ST
W 63 ST
W 62 ST
W 61 ST
W 60 ST
W 59 ST
59th St /
Columbus Circle
W 58 ST
W 57 ST
57th St

HENRY HUDSON PKWY
RIVERSIDE DR
WEST END AVE
BROADWAY
AMSTERDAM AVE
COLUMBUS AVE
CENTRAL PARK WEST
TWELFTH AVE
HENRY HUDSON PKWY
WEST END AVE
AMSTERDAM AVE
COLUMBUS AVE
CENTRAL PARK WEST
WEST SIDE HWY

HUDSON RIVER

Jackie Onasis Resevoir

Arthur Ross Pinetum
Summit Rock
Great Lawn
Obelisk
Delacorte Theater
Shakespeare Garden
Turtle Pond
Belvedere Castle
Swedish Cottage
Rumsey Playfield
Naumberg Bandshell
Ramble
Bow Bridge
The Lake
Strawberry Fields
Bethesda Fountain & Terrace
Cherry Hill
Bank Rock Bay
Loeb Boathouse
77 ST TRANSVERSE
Central Park
Sheep Meadow
Tavern on the Green
Carousel
Central Park
Heckscher Playground
Wading Pool
Dairy Visitor Center
Chess & Checkers House
Wollman Memorial Skating Rink
Hallet Nature Sanctuary
Gap Cot

## RESTAURANTS, CAFÉS, ICE CREAM PARLORS, BAKERIES

### West 80's
1. Aix Brasserie
2. Barney Greengrass
3. Bistro Citron
4. Café Lalo
5. Calle Ocho
6. Celeste
7. Columbus Bakery
8. EJ's Luncheonette
9. Flor de Mayo
10. Fred's
11. French Roast
12. Good Enough to Eat
13. Grom
14. Haru
15. Jackson Hole
16. La Mirabelle
17. Le Pain Quotidien
18. Luzia's
19. Neo Sushi
20. Neptune Room
21. Nonna
22. Ollie's Noodle Shop & Grill
23. Ouest
24. Popover Café
25. Rain
26. Roppongi
27. Sarabeth's
28. Zabar's Café
29. Ozu Restaurant
30. Malaysia Grill
31. Haku
32. Carmines
33. Saigon Grill
34. Café Roma
35. Tattoria Pescepasta Quattro
36. Gennaro
37. Cleopatra's Needle
38. Kouzan Japanees
39. Unwined

### West 70's
40. 'Cesca
41. Alice's Tea Cup
42. Beard Papa's
43. Bello Sguardo
44. Big Nick's Burger & Pizza Joint
45. Boat Basin Café
46. Buttercup Bake shop
47. Café Frida
48. Café Luxembourg
49. Café Mozart
50. Café Ronda
51. Citrus Bar & Grill
52. Compass
53. Coppola's West
54. Crumbs
55. Emack & Bolio's
56. Fairway Café
57. Gari
58. Isabella's
59. Jacques-Imo's
60. Josie's
61. La Grolla Ristoranti
62. Levain Bakery
63. Nice Matin
64. North West
65. Ocean Grill
66. Kefi
67. Pasha
68. Pomordoro Rosso
69. Ruby Foo's
70. Santa Fe
71. Scaletta Ristorante

### West 60's
72. Asiate
73. Bar Masa
74. Bouchon Bakery
75. Café des Artistes
76. Café Fiorello
77. Café Gray
78. Gabriel's
79. Jean Georges
80. Josephina
81. La Boite En Bois
82. Levana
83. Masa
84. Nick and Toni's Czafé
85. Per Se
86. Picholine
87. Rosa Mexicano
88. Shun Lee West
89. Tavern on the Green
90. Telepan

### Gourmet Food Stores
91. Balducci's
92. Citarella
93. Fairway
94. Fine and Shapiro
95. H&H Bagels
96. Ottomanelli Brothers
97. Whole Foods
98. Zabar's

## ATTRACTIONS

### Museums
1. American Museum of Natural History
2. Children's Museum of Manhattan
3. The Culture Center
4. Hayden Planetarium
5. Metropolitan Museum of Art
6. Museum of Arts and Design
7. The New York Historical Society
8. Rose Center for Earth and Space

### Parks
9. Bandshell
10. Boathouse
11. Central Park The Great Lawn
12. Damrosch Park
13. Riverside Park and Riverside Waterfront
14. Tecumseh Playground
15. Wollman Rink

### Performing Arts Venues, Theaters
16. The Beacon Theater
17. Delacorte Theater
18. IMAX at American Museum of Natural History
19. Lincoln Center for the Performing Arts
   - New York State Theater
   - New York City Ballet
   - New York City Opera
   - Metropolitan Opera House
   - Avery Fisher Hall
   - New York Philharmonic Orchestra
   - Vivian Beaumont Theater
   - Jazz at Lincoln Center
   - Library and Museum of the Performing Arts
   - Alice Tulley Hall
   - Julliard School of Music
20. Movie theatres
   - Loews Lincoln Square and IMAX Theater
   - AMC Loews Lincoln Square 13
   - AMC Loews 84th Street
21. Swedish Cottage Marionette Theater
22. The Walter Reade Theater – home to the Big Apple Circus

## EDUCATION

### Public (Region 10, District 3)
1. Elementary: P.S. 87- William Sherman
2. Middle School/Junior High (Choice):
   - M.S. 244- Columbus Middle School or
   - M.S. 245 - Computer School

### Private
3. The Calhoun School
4. The Collegiate School
5. Fordham University - Lincoln Center Campus
6. Rodeph Sholom School
7. York Preparatory School
8. The Professional Children's School

## SHOPPING

### Children's Boutiques
1. Alskling
2. The Balloon Man
3. Berkeley Girls
4. The Children's Place
5. Cozy's Cuts for Kids
6. Gap Kids
7. Greenstone & Cie
8. Gymboree
9. My Favorite Place
10. Tip Top Kids Shoes
11. Westside Kids
12. Z'baby Company

### Retail
13. The Shops at Columbus Circle
14. Anne Taylor
15. Banana Republic
16. Bang and Olufsen
17. Barnes & Nobles
18. Barneys Co-op
19. Face Stockholm
20. Godiva
21. Gracious Home
22. Intermix
23. Kiehl's
24. Lancome
25. L'Occitane
26. Lucky
27. Mac
28. Neuhaus Chocolatier
29. Pottery Barn
30. Theory
31. Victoria Secret
32. Loehmann's
33. Pet Stop
34. The Secret Garden
35. Flowers By Special Arrangement
36. Nature Food Center
37. T-Mobile
38. Wine Place
39. La Di Da Gift & Accessories
40. West side Bookstore
41. Super Soccer Stars
42. World Wide Jewelry
43. Duane Reade
44. Ace hardware
45. Aquarius Hardware
46. Gold Leaf Stationers
47. Jennifer Convertibles
48. Windows & Blinds
49. Gristedes
50. Express Computer Service
51. Infinity Shoes West
52. Strachman Blinds
53. Equinox Energy Wear
54. Petco
55. The Vitamin Shoppe
56. GNC
57. Supersol
58. Lush Candy
59. Westlane wines & Liquor
60. Upper 90 Soccer & Sport

61. Pro Image Photo
62. Gotham Wines & Liquors
63. Payless
64. Food City
65. Radioshack
66. Albee Baby Carriage Co
67. Duane Reade
68. Mandee
69. Pomandor Books
70. Gristede's
71. Columbus Natural Food

## KIDS ACTIVITIES
1. The Circus Gym
2. Hands On, A Musical Experience
3. Kidville
4. S.J Kim's Taekwon-Do
5. Vital Theater

## TRANSPORTATION & GARAGES

### Subways
**A, B, C, D runs along Central Park West**
- 59th Street/ Columbus Circle
- 72nd Street
- 81st Street/American Museum of Natural History
- 86th Street

**1,9 runs along Broadway**
- 66th Street/Lincoln Center
- 72nd Street (2, 3 also available)
- 79th Street
- 86th Street

### Bus Lines
- M07
- M10
- M11
- M104

### Garages
1. Champion Carousel Parking Corp.
2. Beacon Garage
3. Hertz Corp.

## COMMUNITY, CENTERS, RELIGIOUS SITES
1. Blessed Sacrament Roman Catholic Church
2. Christ & St. Stephen's Episcopal Church
3. Church of St. Paul and Andrew
4. Congregation Rodeph Sholom
5. Lincoln Square Synagogue
6. Stephen Wise Free Synagogue
7. The Jewish Community Center in Manhattan
8. The Jewish Center
9. West End Synagogue
10. West Side International Synagogue

## POST OFFICE
1. Ansonia Post Office
2. Columbus Circle Station
3. Planetarium Post Office

## LANDMARK BUILDINGS
1. The Ansonia
2. The Dakota
3. The Langham
4. The Kenilworth

## HOTELS
1. Beacon Hotel
2. On the Avenue Hotel
3. Mandarin Oriental
4. Trump International Hotel and Tower



### Income:

The New York City MSA is one of the America's most affluent and influential regions with an annual average household income of approximately $90,000, 28% higher than the national average of $70,000. In addition, Manhattan's average per capita income of $120,790 ranks second in the nation. Since the 1980's, the City's population has become increasingly wealthy, with personal income rising over 30% during that time. While total wages have dipped slightly during the recent economic downturn, New York's per capita and total personal income continues to outpace the income levels seen across the nation as a whole.

### Media and Entertainment:

As home to Broadway theaters, the Lincoln Center for the Performing Arts, Carnegie Hall, Radio City Music Hall and numerous concert venues, New York City enjoys a reputation as the entertainment capital of the world. Additionally, all the major TV networks – CBS, ABC, NBC and FOX – are headquartered in New York City, as well as global entertainment giants such as Viacom, Bertelsmann and Time Warner. CBS, ABC, NBC, FOX and MTV all have live studios visible to the public. Other media/ entertainment companies in New York include Bloomberg, Advance Publications and USA Networks. New York City is also the publishing capital of the world. Numerous book, magazine and newspaper publishing companies are headquartered in New York, including Primedia, Knopf, Random House, Simon & Schuster, Conde-Nast, Hachette Filipacchi, Dow Jones and The New York Times Company. New York City's "Madison Avenue" defines advertising for the world, as one out of every three advertising professionals in the United States works in New York City.



CENTRAL PARK

W 86TH ST

101 WEST 87TH STREET

W 88TH ST



COLUMBUS AVE

## UPPER WEST SIDE AREA OVERVIEW

The Upper West Side extends north from Columbus Circle at 59th Street up to 110th Street, and is bordered by Central Park to the East and Riverside Park and the Hudson River to the West. The Upper West Side has long served as one of New York City's premier residential neighborhoods. The area is a traditional stronghold of the city's intellectual, creative and moneyed community, with an atmosphere that is traditionally more relaxed and family-friendly than its neighbor across Central Park, the Upper East Side. In recent years, development on the Upper West Side has added numerous high-end shopping and dining destinations, making this community more desirable than ever.

### Residential Overview:

Anchored by beautiful parks to the East and West, and bordering on the busy commercial Midtown district to the south, the Upper West Side has long been a top residential choice for discerning New Yorkers. Elegant pre-war buildings along the boulevards of Broadway, West End Avenue, Riverside Drive, and Central Park West meet shady quiet streets lined with brownstones. From the glitzy boutiques and restaurants of Columbus Avenue, the neighborhood moves west through the busy mix of stores, restaurants, and bars on Amsterdam Avenue and Broadway, to the quieter areas further towards Riverside Park and the Hudson River. Much of the area is protected by landmark status and actors, young professionals and families covet the neighborhood's restored townhouses and high-priced co-op and condominium apartments.

### Retail and Dining Attractions:

Business on the Upper West Side is strong, with a wide variety of retail and dining options. This neighborhood has not traditionally been associated with top dining and retail, however, the opening of the brand new Time Warner Center, located on 59th Street at Columbus Circle has made the area a top destination for shopping. Time Warner Center includes retailers such as Coach, Hugo Boss, Thomas Pink, Sephora, Williams-Sonoma, and more. Shopping possibilities continue further north on the Upper West Side, including Armani Exchange, Kenneth Cole, and Theory. This neighborhood is also perhaps Manhattan's best place to shop for food: there is an enormous new Whole Foods supermarket on 99th and Columbus, a Whole Foods located at Columbus Circle; Trader Joe's coming to 72nd and Broadway, top-notch food markets Citarella and Fairway are located on 75th Street, the renowned Zabar's is on 80th Street; Balducci's specialty store is on 66th Street; and additional grocery stores abound, meeting the needs of the surrounding residents. Dining choices have similarly multiplied in recent years, starting again with the restaurants opened by famous chefs at the Time Warner Center: Thomas Keller's Per Se, Jean-Georges Vongerichten's and Masa Takayama's Masa, to name a few. Elsewhere on the Upper West Side are additional restaurants by top chefs (like Tom Valenti's Ouest and 'Cesca), longtime neighborhood favorites (like Fred's or the Popover Café) and hidden gems (like the Italian restaurant Gennaro's).



# UPPER WEST SIDE HIGHLIGHTS

**Time Warner Center -** Located at Columbus Circle, the Time Warner Center opened in February 2004, as Manhattan's most dynamic and largest mixed-use complex. It has quickly become a destination for shopping, dining, and entertainment. The Time Warner Center combines a high-end retail destination, award winning restaurants, super-luxury residences, the five-star Mandarin Oriental Hotel, Class A office space, a Whole Foods supermarket, and Jazz at Lincoln Center all in one complex.

**Lincoln Center -** This famous performing arts center, which sits between 61st and 66th Streets on Broadway, is home to the New York State Theater, New York City Ballet, the New York City Opera, the New York Philharmonic Orchestra in addition to several other notable and famous performance arts groups and institutions including the Julliard School of Music. Lincoln Center's central plaza is the focus of summer outdoor performances of all kinds and dance nights (free salsa, tango, or swing lessons). In the early winter, the Big Apple Circus pitches its tents here.



**Museums -** Some of the world's most respected museums call the Upper West Side home. The American Museum of Natural History is located at Central Park West and 79th Street, and includes the Rose Center for Earth and Science, permanent exhibitions on fossils, biodiversity, birds and mammals, as well as changing exhibitions and outstanding collections of photographs, geological specimens, and hands-on, interactive learning spaces. The New York Historical Society is also located on Central Park West with special exhibitions and a collection reaching from the 1600's to the present. The Children's Museum of Manhattan, founded in 1973 to engage children and families in a partnership of learning about themselves, teaches children about the culturally diverse world through interactive exhibits and educational programs.

**Architecture -** Throughout the Upper West Side are some of the most classic and world renowned cooperatives and apartment houses in the world, including the Renaissance revival styled Apthorp; castle-like Dakota, across the street from Central Park's Strawberry Fields memorial to its most famous resident; The Langham, also a Italian Rennaissance-style high rise; the twin-towered San Remo, which has been home to luminaries such as Rita Hayworth, Dustin Hoffman, Paul Simon, and Diane Keaton; and numerous others such as The Kenilworth, with its impressive pair of ornate front columns, the art deco masterpiece of The Century, the grandeur of The Beresford, and most recently the elegant new construction of 15 Central Park West.



**Dining -** The Upper West Side dining choices include some of the best dining in New York City including storied institutions like Shun Lee and Jean Gorges, as well as a host of new impressive restaurants such as Per Se and Dovetail. The Upper West Side has recently benefited from restaurants opening second and third locations in the vicinity such as PJ Clarke's and Danny Meyer's Shake Shack which is a tremendous hit. In addition, there are a plethora of cafes and restaurants throughout the Upper West Side, serving everything from deli sandwiches to haute cuisine.

**Riverside Park -** Beginning at 68th Street off the Hudson River, Riverside Park extends all the way to 155th Street, and is four miles long and an eighth of a mile wide. Designed by Frederick Law Olmstead (who also designed Central Park and Prospect Park), the meandering park houses many memorials including Grant's Tomb, a memorial to Ulysses S. Grant and his wife. Riverside Park is the narrowest regional park in New York City and has handball, soccer, basketball, and baseball fields and courts as well as dog runs, bird sanctuaries, and tennis courts. The 79th Street Marina is the only such public access facility in Manhattan and has 105 slips for boats, as well as launch sites and moorings for kayaks, canoes, and sailboats.

## Parks and Recreation:

No discussion of Manhattan would be complete without reference to Central Park. The 843-acre park is one of the highlights of New York City. Designed by Frederick Law Olmsted and Calvert Vaux between 1859 and 1870, Central Park offers New York City residents numerous recreational opportunities, including jogging, rollerblading, bicycling, and horseback riding, or simply relaxing and strolling. Central Park's large open areas provide fields



for softball, soccer, football, and other sports. During the summer, cultural events such as Shakespeare in the Park or performances by the New York Philharmonic are provided at little to no cost for city residents. In addition, Central Park is home to the Central Park Zoo, Wollman Rink, and Belvedere Castle.

Riverside Park is Manhattan's most spectacular waterfront park, stretching four miles from 72nd to 158th Streets along the Hudson River. Since 1875, the landscapes of Frederick Law Olmsted have offered escape from the city and opportunities for people of all incomes to relax, play and socialize in tranquil settings. His design for Riverside Drive made it is one of the most beautiful boulevards in the world, affording views of the Hudson River along its serpentine route. A bit further north, residents of the Upper West Side may reach Fort Tryon Park, containing the Cloisters Museum with its collection of medieval art.

## Transportation:

The Upper West Side enjoys favorable access to transportation. Within blocks of Columbus Green are located the B, C and numbers 1 and 9 subway lines. The A, D, 2, and 3 (express) lines also service the Upper West Side, making travel to Midtown and Downtown quick and easy. At 34th Street, connection may be made to New Jersey Transit and to Newark Airport. Numerous buses service the neighborhood, and ferry service is available along the Hudson.

## Schools:

The Upper West Side is home to many of the city's best public and private schools. The list of private schools is long, and includes Trinity, Collegiate, Calhoun, St. Hilda's and St. Hugh's, and more. Among the numerous public school options, PS 75 and PS 87 are both rated highly for their performance. Columbia University, a member of the Ivy League, is also located on the Upper West Side.



## MANHATTAN AND THE UPPER WEST SIDE RESIDENTIAL MARKET

New York City has long been the most populated city in the country, and Manhattan's popularity and geographic constraints easily make it the most densely populated borough of the most densely populated city in the country. The residential market in Manhattan, once delegated to certain neighborhoods, has grown to encompass virtually the entire island. Condominiums, cooperatives, and rental buildings continue to thrive in the traditional enclaves of the Upper West and Upper East Sides, but are now also found next to office towers in Midtown, surrounded by garment factories in Chelsea or the Flatiron District, and rising from former industrial sites in TriBeCa and along the West Side Highway.

After achieving all time highs in values, volume, and velocity in 2006 and 2007, the New York City residential market became a victim of the global economic recession and subsequently stalled for the ensuing two years. Toward the end of 2009 the residential market showed signs of stabilization and improvement which has been reinforced by first quarter 2010 data described herein. The dramatic curtailment in new supply has precipitated dramatic increases in pricing and overall demand for previously completed units, fueled primarily by the low interest rate environment, the attractive pricing relative to the last five years, and a sense of stabilization in the general economy. Although the average condominium sales price and price per square foot decreased by 8.6% and 11.9%, respectively, during 2009, the Upper West Side market has exhibited strong signs of pricing stability relative to the overall Manhattan market, which experienced a 29.5% decline in total sales, 8.6% decline in average sales price and 11.9% decline in average price per square foot in 2009. Moreover, only 301 units were completed in the first quarter 2010, and there were no additions to residential supply in 2009 or 2008, making existing units in the area that much more valuable. Considering that the Upper West Side is one of Manhattan's most historic and prestigious residential markets, this dearth of new supply bodes extremely well for quality new development such as Columbus Green.

Due to the political and financing hurdles posed by cooperative boards, condominiums have become the apartment acquisition structure of choice. Buyers wish to avoid the scrutiny of cooperative boards and are concerned that even if they are accepted, when they go to sell, the buyer willing to pay the most money may not be accepted.



## RESIDENTIAL SALES MARKET

Over the long-term, the demand for housing in New York City has proved consistent, and this trend is predicted to continue for years to come. New York City is the global capital of finance, home to the country's fashion industry and one of the world's most visited tourist destinations. Manhattan is the epicenter of economic, social and political development for the surrounding four boroughs, as well as for all New York State, Connecticut and New Jersey. One of the most topical issues in Manhattan's real estate market is the overall condition of the rental and condo market, primarily with respect to stabilizing rents, increasing sales prices downtown, and record-low vacancy rates. Together, these factors continue to be positively influenced by the rebounding economy, job market environment and high barriers to entry surrounding new residential development in Manhattan.

Through the first quarter of 2010, the Manhattan condominium market has shown increased signs of recovery as the average sales price, number of sales, average days on the market and demand have all greatly improved. As the chart to the right indicates, the Manhattan listing inventory has seen a strong resurgence, with an increase of 11.5% to over 4,200 units over the previous quarter listings. Furthermore, each listed units current days on the market has decreased significantly from the first quarter of 2009, with a current listings average days on the market estimates at approximately four months. As economic fundamentals continue to improve, the Manhattan condominium sales market remains poised to reap the benefits.

| POSITIVE TRENDS |
| --- |
| Low interest rate environment continues to spur demand. |
| The current vacancy rate for Manhattan is approximately 1.45% (Q1 2010). |
| Average Manhattan rental rates have stabilized after hitting a low of $3,760 in the third quarter of 2009. |
| For Sale Market – Discounts between asking price and actual sale price exhibited a 6.4% variance in the first quarter 2010 as opposed to 8.0% in the prior year quarter. |

| MANHATTAN CONDOMINIUM SALES MATRIX AS OF 3/31/2010 | | | | | |
| --- | --- | --- | --- | --- | --- |
| | Current Yr | % Chg | Prior Yr | % Chg | Prior Year Qtr |
| Average Sale Price | $ 1,690,399 | 3.6% | $ 1,631,872 | -21.8% | $ 2,161,237 |
| Average Price per Sq. Ft. | $ 1,154 | -2.8% | $ 1,187 | -18.3% | $ 1,413 |
| Median Sales Price | $ 1,065,000 | 7.0% | $ 995,000 | -13.2% | $ 1,227,200 |
| Number of Sales | 1,273 | 5.3% | 1,209 | 63.0% | 781 |
| Days on Market (from Last List Date) | 135 | -47.9% | 259 | -24.2% | 178 |
| Listing Discount (from Last List Price) | 6.7% | | 7.1% | | 14.1% |
| Listing Inventory | 4,218 | 11.5% | 3,782 | -25.2% | 5,638 |
| Source: Miller Samuel, Inc. | | | | | |

## NEW YORK CITY LUXURY MARKET

Due to its unmatched amenities, as well as consistent contra–supply and demand dynamics, New York's luxury residential market is the strongest in the nation. The market has fueled an ongoing demand for housing within New York City and the increasing affluence of its residents. As the supply of condominiums located directly on Central Park stays relatively constant, the increased demand has directly driven prices to all-time highs.

| NEW YORK CITY ROBUST RESIDENTIAL MARKET |
| --- |
| **Growing population -** The City's estimated population is 8.4 million, an over 13.6% increase since 1990. |
| **Limited Supply -** Projected new additions are insufficient to meet growing demand. |
| **Barriers to Entry -** The availability of purchasing or developing luxury sites is severely limited and very difficult to acquire. |



# LUXURY MARKET OVERVIEW

| TRENDS IN THE APARTMENT-FOR-SALE MARKET |
| --- |
| Capital flows have driven value up because of assets relative strength compared to equities and bonds. |
| Low interest rate environment has spurred demand |
| High market demand for luxury units reduced ability to negotiate as seen by less than 4% variance between asking price and actual sale price. |

The for-sale luxury apartment market can be broken into three primary categories, condominiums, cooperatives and single-family houses. In Manhattan, more than nine in ten owner-occupied units were either condominiums or cooperatives. Both types of dwellings have done exceptionally well and are expected to continue to do so. Over the past fifteen-years the luxury market has seen the average sale price triple from $1,388,573 in 1995 to $5,550,494 during the first quarter of 2010. With a historically low interest rate environment, return to corporate profitability, and relative value compared to the last five years in New York City, many New Yorker's have chosen to commit capital to apartment purchases. As a result, for the first time in several years, purchasing has become an increasingly attractive and affordable alternative to renting. In addition to appreciation of apartment value, the market has seen a rise in activity.

The Upper West Side of Manhattan is one of the premier residential neighborhoods in New York City, yet it is characterized by a relative scarcity of luxury doorman buildings.

According to Miller Samuel, since 2000, apartments on the Upper West Side have appreciated much more than any other area of Manhattan. Over the past ten years, the average price on a two-bedroom apartment on the Upper West Side rose by nearly 150%, compared to 111% in SoHo-TriBeCa, 114% in Greenwich Village, and 55% on the Upper East Side. Furthermore, the median price of a two-bedroom apartment grew 38% on Central Park West over the last ten years. These significant growth factors can be attributed to the limited supply and ever-increasing demand for luxurious apartments facing Central Park. Detailed by the adjacent graph, the past ten years have witnessed increasing numbers of sales and prices in the Manhattan Luxury Market

**Manhattan Historical Luxury For-Sale Data**



Source: Miller Samuel, Inc.

*101 West* 87TH STREET
NEW YORK, NEW YORK

Perhaps one of the strongest factors ensuring the continued success of the Upper West Side is that **new development alone cannot meet the growing needs of the New York residential market.** An average 13,400 residential units are built each year in New York City, and at that rate, it will take nearly 40 years to erase the City's housing shortage- and that assumes no population growth. Alternative methods for supplying new housing units, such as conversions, have helped to meet demands. Conversions are generally non-residential spaces, such as offices, that are converted for residential uses. Over the last few years, there have been a growing number of conversions in neighborhoods like SoHo and TriBeCa, and most recently in the Wall Street area, where former commercial spaces are being transformed into loft apartments attracting those individuals who are looking for less conventional residences.



101 WEST 87TH STREET



## COMPETITIVE SET

### 211 WEST 88TH STREET



This is a walk up condominium development that contains a ground floor community facility space. The building contains 15 residential units. The residential units range from 435 to 528 square feet. There are three units per floor. The building is six stories in height. This is a development located on the north side of West 88th Street between Amsterdam Avenue and Broadway. The building has 25 feet of frontage. The most recent unit sales, listings and contracts within the development are shown as follows:

### THE PARK BELVEDERE 101 WEST 79TH STREET



This is a 34-story luxury condominium development. It was completed in 1984 and contains approximately 154 residential apartments. The building is located on a rectangular site on the northwest corner of Columbus Avenue and West 79th Street. There is 118 feet of frontage along West 79th Street and 102 feet of frontage along Columbus Avenue. The building contains three ground floor commercial units. The building offers 24 hour doorman/concierge services. The residential units offer nine foot ceiling heights, laundry room in each apartment, and bicycle storage. Some of the residential units also offer terraces. The most recent unit sales, listings and contracts within the development are shown as follows:

### THE CHESTERFIELD 186 WEST 80TH STREET



This is a condominium development located on the northeast corner of Amsterdam Avenue and West 80th Street. There is 102 feet of frontage along Amsterdam Avenue and 85 feet of frontage along West 80th Street. This is a development originally built in 1920 and converted to condominiums in 1989. The building is 11-stories in height and contains a chimney and 91 apartments. The building amenities include full-time doorman and concierge services and laundry facility. The most recent unit sales, listings and contracts within the development are shown as follows:

### THE BROADWAY 2250 BROADWAY



This is a condominium development originally built in 1987 with air rights from the former theater building on Broadway. The building is located on the southeast corner of West 81st Street and Broadway. The site has 102 feet of frontage along Broadway and 221 feet along West 81st Street. The building is 23-stories in height and contains 120 residential apartments. The building amenities include full-time doorman/concierge services, full service garage, garden, fitness center, laundry facilities. The most recent unit sales, listings and contracts within the development are shown as follows

## AVONOVA 219 WEST 81ST STREET



This is a newly renovated pre-war condominium conversion with original architecture by Gaetano Ajello in 1911. The building is located on the northeast corner of West 81st Street and Broadway. This is a 13-story building containing 117 units with 183 feet of frontage along West 81st Street and 102 feet of frontage a long Broadway. Restoration of the building included the façade, windows, roof and parapet wall replacement, new plumbing system, electrical highways, new elevator cab and mechanical systems. The sales and marketing is by the Marketing Directors. The building offers Bosch washer/dryer in each unit, kitchens offer stainless steel Viking appliances, fitness center, 24-hour doorman, landscaped roof deck, and children's center. The building offers one, two, and three bedroom units.

### CONCLUSION

| Name / Address | Units | Sales | | Average Size | Low $/SF | High $/SF | Average $/SF |
|---|---|---|---|---|---|---|---|
| 211 West 88th Street | 15 | 8 | Closed Sales | 507 SF | $304,258 [1] | $529,490 [1] | $430,000 [1] |
| | | - | Listings | - | - | - | - |
| | | - | Contracts | - | - | - | - |
| The Park Belvedere 101 West 79th Street | 148 | 40 | Closed Sales | 1,070 SF | $1,157 | $3,352 | $1,357 |
| | | 2 | Listings | 997 SF | $1,231 | $1,275 | $1,253 |
| | | - | Contracts | - | - | - | - |
| The ChesterField 186 West 80th Street | 91 | 42 | Closed Sales | 536 SF | $820 | $1,250 | $1,124 |
| | | 3 | Listings | 413 SF | $1,100 | $1,160 | $1,130 |
| | | 1 | Contracts | 376 SF | $1,130 | $1,130 | $1,130 |
| The Broadway 2250 Broadway | 127 | 44 | Closed Sales | 773 SF | $954 | $1,538 | $1,102 |
| | | - | Listings | - | - | - | - |
| | | - | Contracts | - | - | - | - |
| Avonova 219 West 81st Street | 115 | 52 | Closed Sales | 507 SF | $304,258 | $529,490 | $1,071 |
| | | 2 | Listings | 1,802 SF | $1,100 | $1,371 | $1,236 |
| | | 3 | Contracts | 1,402 SF | $996 | $1,333 | $1,165 |

Source: Streeteasy.com
[1] SF data unavailable on Streeteasy; used recorder unit sales prices.







Midtown

Central Park

Museum of Natural History

The Bolivar

COLUMBUS AVE

W86TH ST

101 WEST 87TH STREET



Park Belvedere

The Chesterfield

Amsterdam Ave

**Adam J. Spies**
Senior Managing Director
212.315.7317
aspies@eastdilsecured.com


**Douglas  L . Harmon**
Senior Managing Director
212-315-7243
dharmon@eastdilsecured.com


**Matt Borstein**
Managing Director
212.315.7434
mborstein@eastdilsecured.com


**Kara E. Wiard**
Senior Vice President
212.315.7385
kwiard@eastdilsecured.com


**Graham S. Stephens**
Vice President
212.315.7447
gstephens@eastdilsecured.com

