# MEMBERS OF CREDITOR'S COMMITTEE

Building Service 32BJ Health Pension, Legal
Training and Supplemental Savings Funds
P.O. Box 11477
New York, New York 10286

Caddel Inc. d/b/a "Direct Flooring"
12 Minneakoning Road
Building A, Unit 103
Flemington, NJ 08822
Attn: Alan Delellis
908-237-1009

Demar Plumbing
147 Attorney St.
New York, NY 10002
Att: Alessandro Demarinis
212-614-9717

Jolt Electrical Contractors, Inc.
7812 New Utrecht Avenue
Brooklyn, NY 11214
Att: Carl Abruzzo
718-234-5141

M&D Installers Inc.
63 Flushing Ave.
Brooklyn, NY 11205
Att: Jay Posner
718-782-6978