UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                                      Chapter 11
                                                                                  Case No. 09-16786 (AJG)

**YL WEST 87th STREET, LLC.**

                Debtor.

---------------------------------------------------------x

## **CLASS 1 SECURED CLAIMS BALLOT FOR ACCEPTING OR REJECTING THE PLAN**

        YL West 87th Street, LLC, debtor and debtor in possession (the "Debtor") filed a Plan of Liquidation dated November 4, 2010 (the "Plan") in this case. In accordance with §105(d)(2)(B)(vi) of the Bankruptcy Code, the Court will jointly consider the adequacy of the Disclosure Statement together with confirmation of the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Marilyn Simon & Associates, attorneys for the Debtor, 110 East 59th Street, 23rd Floor, New York, NY 10022, Attn: Marilyn Simon, Esq., via telephone (212) 759-7909, via facsimile (212) 759-7690, or via email at msimon@msimonassoc.com.

        You should review the Plan and the Disclosure Statement before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 1 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

        If your ballot is not received by Marilyn Simon & Associates, Attn: Marilyn Simon, Esq., on or before December 3, 2010, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan. If you do not indicate an acceptance or rejection on this ballot, the ballot will be deemed an acceptance to the Plan.

        If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## **ACCEPTING OR REJECTING THE PLAN**

The undersigned, the holder of a Class 1 claim against the Debtor in the unpaid amount of $53,398,754.85 as at November 1, 2010.

(check one box only)
                          [ ] ACCEPTS THE PLAN         [ ] REJECTS THE PLAN

Dated: _____ __, 2010

Print or Type
Company Name: _____

Signature: _____

Title: _____

Address: _____

**RETURN THIS BALLOT TO:**
Marilyn Simon & Associates
Attn: Marilyn Simon, Esq.
110 East 59th Street, 23rd Floor
New York, NY 10022